```
FILED ___ LODGED
___ RECEIVED ___ COPY
     JUN 28 2005
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

```
___ FILED    ___ LODGED
___ RECEIVED ___ COPY
     JUL 0 5 2005
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>Plaintiff,<br><br>v.<br><br>"REGAN MEDIA", and JUDITH REGAN, as an individual,<br><br>Defendant.<br><br>REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>Defendants/Counterclaimants,<br><br>v.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>Third-Party Defendant. | CV 05-00854-PHX-EHC<br><br>**ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

(Page 1)

F:\ADULT\44339\0001\PRO HAC VICE ORDER - REINA - FEDERAL.DOC

Dockets.Justia.com

Based upon the motion of Jeffrey F. Reina for admission to practice *pro hac vice* in this action on behalf of Plaintiff/Counterdefendant Jenna Massoli, p/k/a Jenna Jameson, and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona,

IT IS HEREBY ORDERED that:

✓ the motion of attorney for admission to practice *pro hac vice* is granted.

___ the motion of attorney for admission to practice *pro hac vice* is denied and the admission fee ordered returned.

Dated this **30** day of **June**, 2005.

*Earl H. Carroll* (signature)

Honorable Earl H. Carroll
United States District Judge