```
          FILED    ✗ LODGED
          RECEIVED   COPY

          JUL 0 8 2005

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY_____J DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, <br><br> Plaintiff, <br><br> v. <br><br> "REGAN MEDIA," JUDITH REGAN, as an individual, <br><br> Defendant. | Case No.: CV 05-0854 PHX EHC <br><br> **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME REGARDING REPLY FOR RULE 56(f) MOTION** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, <br><br> Defendants/Counterclaimants, <br><br> v. <br><br> JENNA MASSOLI, p/k/a JENNA JAMESON, an individual, <br><br> Plaintiff/Counterdefendant, <br><br> and <br><br> JAY GRDINA, an individual, <br><br> Third-Party Counterdefendant. | |

Pursuant to the Stipulation filed by the parties, evidence of cooperation between the parties having been shown, and good cause appearing therefor,

///

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED** that Plaintiff/Counterdefendants shall file their Reply |
| 2 | to Defendant/Counterclaimants' Response in Opposition to Plaintiff/Counterdefendants' |
| 3 | Rule 56(f) Motion on or before July 18, 2005. |

*[signature]*
Honorable Earl H. Carroll
United States District Court Judge

7-12-05