James L. Blair, #016125
Roger W. Hall, #013727
RENAUD COOK DRURY MESAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
*Attorneys for Plaintiff*

Jeffrey F. Reina (Pro Hac Vice)
Lipsitz, Green, Fahringer
Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Ste 300
Buffalo, NY 14202-3857
(716) 849-1333
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>Plaintiff,<br><br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>Defendant.<br><hr>REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>Defendants/Counterclaimants,<br><br>v.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>Third-Party Counterdefendant. | CV 05-0854 PHX EHC<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' INITIAL RULE 26(a) DISCLOSURE STATEMENT**<br><br>(*Assigned to the Honorable Earl H. Carroll*) |

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1)

Pursuant to Rule 1.2(a)(2), Rules of Practice of the United States District Court, District of Arizona, plaintiff/counterdefendant Jenna Massoli, pka Jenna Jameson, and counterdefendant Jay Grdina (collectively, "Plaintiffs"), by and through their counsel undersigned, hereby give notice that all counsel of record were served with Plaintiffs' Initial Rule 26 Disclosure Statement, via U.S. mail, on August 1, 2005.

RESPECTFULLY SUBMITTED this ___ day of August, 2005.

RENAUD COOK DRURY MESAROS, PA

By: _____
James L. Blair
Roger W. Hall
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Plaintiff/Counterdefendants*

ORIGINAL of the foregoing electronically filed
with the Clerk of Court and COPY
mailed this 1st day of August, 2005, to:

David J. Bodney, Esq.
Dennis K. Blackhurst, Esq.
STEPTOE & JOHNSON, LLP
Collier Center
201 East Washington Street, Ste 1600
Phoenix, AZ 85004-2382
*Attorneys for Defendants/Counterclaimants*

Jeffrey F. Reina, Esq. (Pro Hac Vice)
LIPSITZ, GREEN, FAHRINGER
ROLL, SALISBURY & CAMBRIA, LLP
42 Delaware Avenue, Ste 300
Buffalo, NY 14202-3857
*Co-counsel for Plaintiff/Counterdefendants*

@PFDesktop\::ODMA/MHODMA/imanage;RCD_PHX;304804;1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2) Case 2:05-cv-00854-EHC   Document 32   Filed 08/01/2005   Page 2 of 2
@PFDesktop\::ODMA/MHODMA/imanage;RCD_PHX;304804;1