James L. Blair, #016125
Roger W. Hall, #013727
RENAUD COOK DRURY MESAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
*Attorneys for Plaintiff*

Jeffrey F. Reina (Pro Hac Vice)
Lipsitz, Green, Fahringer
Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Ste 300
Buffalo, NY 14202-3857
(716) 849-1333
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, <br><br> Plaintiff, <br><br> v. <br><br> "REGAN MEDIA," JUDITH REGAN, as an individual, <br><br> Defendant. | CV 05-0854 PHX EHC <br><br> **AMENDED NOTICE OF SERVICE OF PLAINTIFFS' INITIAL RULE 26(a) DISCLOSURE STATEMENT** <br><br> (*Assigned to the Honorable Earl H. Carroll*) |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, <br><br> Defendants/Counterclaimants, <br><br> v. <br><br> JENNA MASSOLI, p/k/a JENNA JAMESON, an individual, <br><br> Plaintiff/Counterdefendant, <br><br> and <br><br> JAY GRDINA, an individual, <br><br> Third-Party Counterdefendant. | |

(Page 1)

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

Pursuant to Rule 1.2(a)(2), Rules of Practice of the United States District Court, District of Arizona, plaintiff/counterdefendant Jenna Massoli, pka Jenna Jameson, and counterdefendant Jay Grdina (collectively, "Plaintiffs"), by and through their counsel undersigned, hereby give notice that all counsel of record were served with Plaintiffs' Initial Rule 26 Disclosure Statement, via U.S. mail, on August 2, 2005.

*This Notice supercedes the previously-filed Notice of Service of Plaintiff's Initial Rule 26(a) Disclosure statement.*

RESPECTFULLY SUBMITTED this 2nd day of August, 2005.

RENAUD COOK DRURY MESAROS, PA

By: /s/ *signature*
James L. Blair
Roger W. Hall
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Plaintiff/Counterdefendants*

ORIGINAL of the foregoing electronically filed with the Clerk of Court and COPY hand-delivered this 2nd day of August, 2005, to:

David J. Bodney, Esq.
Dennis K. Blackhurst, Esq.
STEPTOE & JOHNSON, LLP
Collier Center
201 East Washington Street, Ste 1600
Phoenix, AZ 85004-2382
*Attorneys for Defendants/Counterclaimants*

COPY of the foregoing mailed this 2nd day of August, 2005 to:

Jeffrey F. Reina, Esq. (Pro Hac Vice)
LIPSITZ, GREEN, FAHRINGER
ROLL, SALISBURY & CAMBRIA, LLP
42 Delaware Avenue, Ste 300
Buffalo, NY 14202-3857
*Co-counsel for Plaintiff/Counterdefendants*

/s/ Deborah Robertson

@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;304857;1

(Page 2)