IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REGAN MEDIA and JUDITH REGAN, an individual,<br><br>　　　　Defendants. | No. CIV 05-0854-PHX-EHC<br><br>**ORDER** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>　　　　Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>　　　　Third-Party Counterdefendant. | |

Pursuant to Plaintiff/Counterdefendant Jenna Massoli's, pka Jenna Jameson, and Third-Party Counterdefendant Jay Gridnia's Request for Oral Argument [Dkt. 23], and the Court being fully advised,

1
2  **IT IS ORDERED** setting oral argument on Plaintiff/Counterdefendants' Rule
3  56(f) Motion for **Thursday, August 18, 2005 at 3:00p.m.**
4
5  **DATED this 2nd day of August, 2005.**
6
7
8  _____
   Earl H. Carroll
   United States District Judge