IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br><br>vs.<br><br>REGAN MEDIA and JUDITH REGAN, an individual,<br><br>    Defendants.<br>———————————————<br>REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>    Third-Party Counterdefendant. | No. CIV 05-0854-PHX-EHC<br><br>**ORDER** |

Defendants/Counterclaimants filed a Motion for Leave to File Sur-Response[1] in Opposition to Plaintiff/Counterdefendants' Rule 56(f) Motion. [Dkt. 31]. The Motion is fully briefed. [Dkts. 37, 39].

The Court will grant the Motion.

Accordingly,

**IT IS ORDERED** that Defendants/Counterclaimants' Motion for Leave to File Sur-Response in Opposition to Plaintiff/Counterdefendants' Rule 56(f) Motion is **GRANTED.** [Dkt. 31]. Defendants/Counterclaimants shall file the Sur-Response within **twenty (20) days** of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff/Counterdefendants shall have **ten (10) days** from the date the Sur-Response is filed to file a Reply.

**IT IS FURTHER ORDERED** vacating the motion hearing set for **Thursday, August 18, 2005 at 3:00p.m.** and resetting same for **Monday, October 3, 2005 at 10:30a.m.**

**DATED this 17th day of August, 2005.**

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge

---

[1] Plaintiff/Counterdefendants inform the Court that the proper title for Defendants/Counterclaimants' filing is a "Sur-Reply." See Dkt. 37, p.2, n.1. For purposes of simplicity, and to avoid confusion, the Court will refer to the filing as a "Sur-Response."