STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>    Defendants. | No. CV 05-0854 PHX EHC<br><br>**DEFENDANTS/ COUNTERCLAIMANTS' MOTION TO AMEND COUNTERCLAIM** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>    Third-Party Counterdefendant. | (Assigned to the Honorable Earl H. Carroll) |

Pursuant to Fed. R. Civ. P. 15(a) and this Court's June 20, 2005 Scheduling Order, Defendants/Counterclaimants Regan Media, Inc. ("Regan Media") and Judith Regan ("Judith Regan") (collectively, "Regan") respectfully request leave to file their Second Amended Counterclaim. Only recently did Plaintiff/Counterdefendant Jenna Massoli p/k/a Jenna Jameson ("Jameson") disclose the involvement of one of her corporations, Dolce Amore, Inc., in a transaction directly relevant to this dispute. Jameson's belated disclosure necessitates Regan's need to name Dolce Amore, Inc. as an additional counterdefendant. Pursuant to Local Rule 15.1(a)(1), a copy of the proposed Second Amended Counterclaim is attached as Exhibit A, with the text sought to be added underlined. Likewise, pursuant to Local Rule 15.1(a)(2), a signed, original Second Amended Counterclaim is lodged with the Clerk of Court. Finally, this Motion is supported by an accompanying Memorandum in Support of Defendants/Counterclaimants' Motion to Amend Counterclaim.

Respectfully submitted this 9th day of September, 2005.

STEPTOE & JOHNSON LLP

By: /s/ David J. Bodney
    David J. Bodney
    Dennis K. Blackhurst
    Collier Center
    201 East Washington Street
    Suite 1600
    Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

>James L. Blair
>Roger William Hall
>Renaud Cook Drury Mesaros, PA
>Phelps Dodge Tower
>One North Central, Suite 900
>Phoenix, AZ 85004-4417
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

I hereby certify that on the 9th day of September, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

>Bernard M. Brodsky
>Jeffrey F. Reina
>Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
>42 Delaware Avenue, Suite 300
>Buffalo, NY 14202-3857
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

/s/ Lisa Morgan
Lisa Morgan      478841