STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA MASSOLI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>　　　　Defendants.<br><br>REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>　　　　Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA MASSOLI, an individual,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>　　　　Third-Party Counterdefendant. | No. CV 05-0854 PHX EHC<br><br>**NOTICE OF LODGING OF DEFENDANTS/ COUNTERCLAIMANTS' SECOND AMENDED COUNTERCLAIM**<br><br>(Assigned to the Honorable Earl H. Carroll) |

Pursuant to Fed.R.Civ.P. 15(a) and Local Rule 15.1(a)(2), Defendants/ Counterclaimants Regan Media, Inc. and Judith Regan hereby give notice that a signed, original Second Amended Counterclaim is lodged with the Clerk of Court concurrently herewith.

Respectfully submitted this 9th day of September, 2005.

STEPTOE & JOHNSON LLP

By: s/David J. Bodney
David J. Bodney
Dennis K. Blackhurst
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382

Attorneys for Defendants/ Counterclaimants Regan Media, Inc. and Judith Regan

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ 85004-4417
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 9th day of September, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY 14202-3857
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

s/Lisa Morgan
Lisa Morgan     478843