James L. Blair, #016125
Roger W. Hall, #013727
RENAUD COOK DRURY MESAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
jblair@rcdmlaw.com
rhall@rcdmlaw.com
*Attorneys for Plaintiff*/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, <br><br> Plaintiff, <br><br> v. <br><br> "REGAN MEDIA," JUDITH REGAN, as an individual, <br><br> Defendant. | CV 05-0854 PHX EHC <br><br> **RESPONSE TO DEFENDANTS/ COUNTERCLAIMANTS' MOTION TO AMEND COUNTERCLAIM** <br><br> (*Assigned to the Honorable Earl H. Carroll*) |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, <br><br> Defendants/Counterclaimants, <br><br> v. <br><br> JENNA MASSOLI, p/k/a JENNA JAMESON, an individual, <br><br> Plaintiff/Counterdefendant, <br><br> and <br><br> JAY GRDINA, an individual, <br><br> Third-Party Counterdefendant. | |

///

///

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1)

Case 2:05-cv-00854-EHC   Document 47   Filed 09/26/2005   Page 1 of 3

@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;312170;1

Dockets.Justia.com

Plaintiff/Counterdefendant Jenna Massoli, p/k/a Jenna Jameson and counterdefendant Jay Grdina (collectively, "Plaintiffs"), by and through their counsel undersigned, hereby submit this Response to the Motion to Amend Counterclaim ("Motion to Amend") filed by defendants/counterclaimants Judith Regan and Regan Media, Inc. (collectively, "Defendants").

Plaintiffs have no objection to Defendants filing a second amended counterclaim, since the Federal Rules of Civil Procedure, as well as established case law, both militate in favor of permitting liberal amendments to a party's pleadings.

By not opposing that filing, Plaintiffs however, in no way admit, concede, or agree with the innumerable false assertions and misstatements contained in the Motion to Amend. Since Defendants' Motion to Amend would doubtless be granted (and properly so) even if Plaintiffs filed a lengthy response detailing each and every one of Defendants' falsehoods, Plaintiffs have opted to spare the Court such bickering and simply consent to the amendment, in order to move this case forward.

RESPECTFULLY SUBMITTED this 26th day of September, 2005.

RENAUD COOK DRURY MESAROS, PA

By: /s/ Roger W. Hall
James L. Blair
Roger W. Hall
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Plaintiff/Counterdefendants*

The foregoing was filed electronically this
26th day of September, 2005.

COPY of the foregoing was hand-delivered
to the Honorable Earl H. Carroll this 27th day
of September, 2005.

COPY of the foregoing mailed this 26th
day of September, 2005, to:

1  David J. Bodney, Esq.
   Dennis K. Blackhurst, Esq.
2  STEPTOE & JOHNSON, LLP
   Collier Center
3  201 East Washington Street, Ste 1600
   Phoenix, AZ 85004-2382
4  *Attorneys for Defendants/Counterclaimants*

5

   /s/ Deborah Robertson
6  @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;312170;1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 3)