STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA MASSOLI, | No. CV 05-0854 PHX EHC |
| Plaintiff, | **STIPULATION TO VACATE OCTOBER 3, 2005 ORAL ARGUMENT** |
| vs. | |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | (Assigned to the Honorable Earl H. Carroll) |
| Defendants. | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | |
| Defendants/Counterclaimants, | |
| vs. | |
| JENNA MASSOLI p/k/a JENNA MASSOLI, an individual, | |
| Plaintiff/Counterdefendant, | |
| and | |
| JAY GRDINA, an individual, | |
| Third-Party Counterdefendant. | |

Defendants/Counterclaimants Regan Media, Inc. and Judith Regan (collectively, "Regan") and Plaintiff/Counterdefendants Jenna Massoli and Jay Grdina (collectively, "Massoli") stipulate and agree that the oral argument currently scheduled for October 3, 2005 on Plaintiff/Counterdefendants' Rule 56(f) Motion should be vacated. This Stipulation is based on the following circumstances. On September 9, 2005, Regan moved to amend its Counterclaim, and Massoli has not objected to that Motion. Assuming the Court grants the Motion to Amend and Regan is permitted to file and serve its Amended Counterclaim, Regan intends to withdraw its pending Rule 12(c) Motion for Judgment on the Pleadings, and Massoli's Rule 56(f) Motion will then become moot. Under the circumstances, it serves neither judicial economy nor the parties' interests to proceed with the hearing on October 3, 2005.

Respectfully submitted this 28th day of September, 2005.

STEPTOE & JOHNSON LLP

By  /s/ David J. Bodney
    David J. Bodney
    Dennis K. Blackhurst
    Collier Center
    201 East Washington Street
    Suite 1600
    Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

RENAUD COOK DRURY &
MESAROS, PA

By  /s/ Roger W. Hall
    James L. Blair
    Roger W. Hall
    Phelps Dodge Tower
    One North Central, Suite 900
    Phoenix, Arizona 85004-4417

Attorneys for Plaintiff/Counterdefendant
Jenna Massoli p/k/a Jenna Jameson and
Third-Party Counterdefendant Jay Grdina

2

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ 85004-4417
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 28th day of September, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY 14202-3857
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

        /s/ Beth E. Gibson
          Beth E. Gibson

4815079