STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | No. CV 05-0854 PHX EHC |
| Plaintiff, | |
| vs. | **DEFENDANTS/ COUNTERCLAIMANTS' REPLY IN SUPPORT OF THEIR MOTION TO AMEND COUNTERCLAIM** |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | |
| Defendants. | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | |
| vs. | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | |
| Plaintiff/Counterdefendant, | |
| and | |
| JAY GRDINA, an individual, | |
| Third-Party Counterdefendant. | |

| | |
|---|---|
| 1 | On September 9, 2005, Defendants/Counterclaimants Regan Media, Inc. and |
| 2 | Judith Regan (collectively, "Regan") filed a Motion to Amend their Counterclaim. On |
| 3 | September 26, 2005, Plaintiff/Counterdefendants Jenna Massoli p/k/a Jenna Jameson and |
| 4 | Jay Grdina (collectively, "Jameson") filed a Response to that Motion. Because Jameson's |
| 5 | Response contains "no objection" to Regan's filing of a Second Amended Counterclaim |
| 6 | (*see* Response at 2), and recognizes that the law militates in favor of such amendments |
| 7 | (*id.*), the Motion to Amend should be granted for the reasons set forth in Regan's |
| 8 | Memorandum in Support of the Motion to Amend Counterclaim. |

On September 9, 2005, Defendants/Counterclaimants Regan Media, Inc. and Judith Regan (collectively, "Regan") filed a Motion to Amend their Counterclaim. On September 26, 2005, Plaintiff/Counterdefendants Jenna Massoli p/k/a Jenna Jameson and Jay Grdina (collectively, "Jameson") filed a Response to that Motion. Because Jameson's Response contains "no objection" to Regan's filing of a Second Amended Counterclaim (*see* Response at 2), and recognizes that the law militates in favor of such amendments (*id.*), the Motion to Amend should be granted for the reasons set forth in Regan's Memorandum in Support of the Motion to Amend Counterclaim.

Respectfully submitted this 3rd day of October, 2005.

STEPTOE & JOHNSON LLP

By: /s/ David J. Bodney
David J. Bodney
Dennis K. Blackhurst
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

2

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

>James L. Blair
>Roger William Hall
>Renaud Cook Drury Mesaros, PA
>Phelps Dodge Tower
>One North Central, Suite 900
>Phoenix, AZ 85004-4417
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

I hereby certify that on the 3rd day of October, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

>Bernard M. Brodsky
>Jeffrey F. Reina
>Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
>42 Delaware Avenue, Suite 300
>Buffalo, NY 14202-3857
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

/s/ Beth E. Gibson

481826