IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>   Plaintiff,<br><br>vs.<br><br>REGAN MEDIA and JUDITH REGAN, an individual,<br><br>   Defendants. | No. CIV 05-0854-PHX-EHC<br><br>**ORDER** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>   Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>   Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>   Counterdefendant. | |

  Pending before the Court is Defendants/Counterclaimants's Motion to Amend their Counterclaim. [Dkt. 44]. Plaintiff/Counterdefendant and Third-Party Counterdefendant do not oppose the Motion. [Dkt. 47]. The Second Amended

Counterclaim will materially change the allegations against Plaintiff/Counterdefendant and Third-Party Counterdefendant and add a new Counterdefendant. [Dkt. 45, p. 4].

Defendants/Counterclaimants also filed a Motion for Judgment on the Pleadings. [Dkt. 14]. Plaintiff/Counterdefendant and Third-Party Counterdefendant filed a Motion to Extend Time to file their Response to the Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 56(f). [Dkt. 19]. The Motion to Extend Time is fully briefed [Dkt. 26, 29, 41, 43]. A hearing on the Motion to Extend Time is set for October 3, 2005. The parties filed a Stipulation to Vacate the hearing. [Dkt. 49]. The Motion for Judgment on the Pleadings and the Motion to Extend Time are moot because the Second Amended Counterclaim will materially alter the pleadings in this case.

Defendants/Counterclaimants's Amended Answer and Counterclaim alleges Jay Grdina should be joined because Plaintiff/Counterdefendant's actions benefitted the marital community. Grdina is the husband of Plaintiff/Counterdefendant. [Dkt. 12, p. 5]. Grdina admits he is a proper Counterdefendant. [Dkt. 17, p. 2] Grdina will be joined as a Counterdefendant.

Accordingly,

**IT IS ORDERED** that Defendants/Counterclaimants's Motion to Amend their Counterclaim is **GRANTED**. [Dkt. 44].

**IT IS FURTHER ORDERED** that Defendants/Counterclaimants's Motion for Judgment on the Pleadings is **DENIED** as moot. [Dkt. 14].

**IT IS FURTHER ORDERED** that Plaintiff/Counterdefendant and Third-Party Counterdefendant's Motion to Extend Time to file their Response to the Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 56(f) is **DENIED** as moot. [Dkt. 19].

**IT IS FURTHER ORDERED VACATING** the hearing set for October 3, 2005 at 10:30 a.m. on Plaintiff/Counterdefendant and Third-Party Counterdefendant's Motion to Extend Time.

1. **IT IS FURTHER ORDERED JOINING** Jay Grdina as a Counterdefendant.

2. DATED this 30th day of September, 2005.

Earl H. Carroll
United States District Judge