| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | Collier Center<br>201 East Washington Street, Suite 1600<br>Phoenix, Arizona 85004-2382 |
| 3 | Telephone: (602) 257-5200<br>Facsimile: (602) 257-5299 |
| 4 | |
| 5 | David J. Bodney (006065)<br>Dennis K. Blackhurst (021678) |
| 6 | Attorneys for Defendants/Counterclaimants<br>Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNA MASSOLI p/k/a JENNA MASSOLI, | ) ) ) | No. CV 05-0854 PHX EHC |
| Plaintiff, | ) ) | **NOTICE OF FILING OF DEFENDANTS/** |
| vs. | ) ) | **COUNTERCLAIMANTS'** |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | ) ) ) | **SECOND AMENDED COUNTERCLAIM** |
| Defendants. | ) ) ) | (Assigned to the Honorable Earl H. Carroll) |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | ) ) ) ) | |
| Defendants/Counterclaimants, | ) ) | |
| vs. | ) ) | |
| JENNA MASSOLI p/k/a JENNA MASSOLI, an individual, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| and | ) ) | |
| JAY GRDINA, an individual, | ) ) | |
| Third-Party Counterdefendant. | ) ) | |

| | |
|---|---|
| 1 | Defendants/Counterclaimants Regan Media, Inc. and Judith Regan |
| 2 | (collectively, "Regan") hereby give notice that a signed original of Regan's Second |
| 3 | Amended Counterclaim is filed with the Clerk of Court concurrently herewith. |
| 4 | RESPECTFULLY SUBMITTED this 4th day of October, 2005. |

        Defendants/Counterclaimants Regan Media, Inc. and Judith Regan (collectively, "Regan") hereby give notice that a signed original of Regan's Second Amended Counterclaim is filed with the Clerk of Court concurrently herewith.

        RESPECTFULLY SUBMITTED this 4th day of October, 2005.

                                    STEPTOE & JOHNSON LLP


                                    By: s/David J. Bodney
                                        David J. Bodney
                                        Dennis K. Blackhurst
                                        Collier Center
                                        201 East Washington Street
                                        Suite 1600
                                        Phoenix, Arizona 85004-2382

                                    Attorneys for Defendants/
                                    Counterclaimants Regan Media, Inc. and
                                    Judith Regan

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ 85004-4417
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 4th day of October, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY 14202-3857
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

                                                s/Beth E. Gibson
                                                                                       481989