| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | Collier Center<br>201 East Washington Street, Suite 1600 |
| 3 | Phoenix, Arizona 85004-2382<br>Telephone: (602) 257-5200 |
| 4 | Facsimile: (602) 257-5299 |
| 5 | David J. Bodney (006065) |
| 6 | Dennis K. Blackhurst (021678)<br>Attorneys for Defendants/Counterclaimants |
| 7 | Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | ) ) ) | No. CV 05-0854 PHX EHC |
| Plaintiff, | ) ) | **PROOF OF SERVICE OF SECOND AMENDED COUNTERCLAIM** |
| vs. | ) ) ) | |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | ) ) ) | |
| Defendants. | ) ) | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | ) ) ) ) | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | ) ) | |
| vs. | ) ) | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| and | ) ) | |
| JAY GRDINA, an individual, | ) ) | |
| Third-Party Counterdefendant. | ) ) | |

Dockets.Justia.com

Pursuant to Fed. R. Civ. P. 4(l), Defendants/Counterclaimants Regan Media, Inc. ("Regan Media") and Judith Regan ("Regan") (collectively, "Defendants") submit this Proof of Service of Second Amended Counterclaim. Defendants filed their Second Amended Counterclaim on October 4, 2005, and served it on Plaintiff/Counterdefendant Jenna Massoli p/k/a Jenna Jameson and Counterdefendants Jay Grdina and Dolce Amore, Inc. on October 5, 2005. The Second Amended Counterclaim was hand-delivered to legal counsel for Jameson, Grdina and Dolce Amore, Inc., who agreed to accept service on their behalf. *See* October 5, 2005 letter from Dennis K. Blackhurst to Roger William Hall, attached as Exhibit A.

Respectfully submitted this 11th day of October, 2005.

STEPTOE & JOHNSON LLP

By /s/ Dennis K. Blackhurst
   David J. Bodney
   Dennis K. Blackhurst
   Collier Center
   201 East Washington Street
   Suite 1600
   Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ 85004-4417
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 11th day of October, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY 14202-3857
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

/s/ Beth E. Gibson

482438