EXHIBIT A

# STEPTOE & JOHNSON LLP
## ATTORNEYS AT LAW

Dennis K. Blackhurst
602.257.5283
dblackhurst@steptoe.com

Collier Center
201 East Washington Street
Suite 1600
Phoenix, AZ 85004-2382
Tel 602.257.5200
Fax 602.257.5299
steptoe.com

October 5, 2005

VIA HAND-DELIVERY

Roger William Hall
Renaud Cook Drury Mesaros PA
Phelps Dodge Tower
1 N Central Ave, Ste 900
Phoenix, AZ 85004-4418

Re:   Regan Media and Judith Regan / Jenna Massoli p/k/a Jenna Jameson

Dear Roger:

As we discussed yesterday, your firm has agreed to accept service of Defendants/Counterclaimants' Second Amended Counterclaim on behalf of Jenna Massoli, Jay Grdina and Dolce Amore, Inc.

Enclosed is a copy of the Second Amended Counterclaim. Please sign below and return this letter to confirm that your firm has consented to accept service on behalf of Dolce Amore, Inc., as well as Jenna Massoli and Jay Grdina. Upon receipt of your signed original of this letter, we shall file a proof of service with the Court. I have enclosed a second original of this letter for your files.

Thank you for your cooperation.

Sincerely,

Dennis K. Blackhurst

DKB:beg
Enclosure

WASHINGTON    PHOENIX    LOS ANGELES    LONDON    BRUSSELS

Roger Hall
October 5 2005
Page 2


ACCEPTED and AGREED

*[signature]*
_____
Roger Hall