UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Jenna Massoli**<br>PLAINTIFF(S)<br><br>v.<br><br>**Regan Media**<br>DEFENDANT(S) | CASE NO. **CV 05-854 PHX-EHC**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

     Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Proof Service of Second Amended Counterclaim #54* filed by *Dennis Blackhurst*:

- ☒ Incorrect document type selected. The correct event is Summons Returned Executed-Complaint/Habeas Petition Only and it is found in the Service of Process menu.

**ACTION TAKEN BY THE COURT**

- ☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.