| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| | Collier Center |
| 2 | 201 East Washington Street, Suite 1600 |
| | Phoenix, Arizona 85004-2382 |
| 3 | Telephone: (602) 257-5200 |
| | Facsimile: (602) 257-5299 |
| 4 | |
| 5 | David J. Bodney (006065) |
| | Dennis K. Blackhurst (021678) |
| 6 | Attorneys for Defendants/Counterclaimants |
| | Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNA MASSOLI p/k/a JENNA MASSOLI, | ) ) ) | No. CV 05-0854 PHX EHC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **NOTICE OF FILING OF DEFENDANTS/ COUNTERCLAIMANTS' INITIAL RULE 26(A) DISCLOSURE STATEMENT** |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | ) ) ) | |
| Defendants. | ) ) | (Assigned to the Honorable Earl H. Carroll) |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | ) ) ) ) | |
| Defendants/Counterclaimants, | ) ) | |
| vs. | ) ) | |
| JENNA MASSOLI p/k/a JENNA MASSOLI, an individual, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| and | ) ) | |
| JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado Corporation, | ) ) ) ) | |
| Counterdefendants. | ) ) | |

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that on October 20, 2005 Defendants/ |
| 2 | Counterclaimants Regan Media, Inc. and Judith Regan served their Initial Rule 26(a) |
| 3 | Disclosure Statement on Plaintiff/Counterdefendants by hand-delivery. |
| 4 | RESPECTFULLY SUBMITTED this 20th day of October, 2005. |
| 5 | STEPTOE & JOHNSON LLP |
| 7 | By: s/Dennis K. Blackhurst |
| 8 | David J. Bodney<br>Dennis K. Blackhurst |
| 9 | Collier Center<br>201 East Washington Street |
| 10 | Suite 1600<br>Phoenix, Arizona 85004-2382 |
| 11 | Attorneys for Defendants/ |
| 12 | Counterclaimants Regan Media, Inc. and<br>Judith Regan |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ 85004-4417
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 20th day of October, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY 14202-3857
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

           s/Beth E. Gibson

483279

3