STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | No. CV 05-0854 PHX EHC |
| Plaintiff, | |
| vs. | **DEFENDANT/ COUNTERCLAIMANT REGAN MEDIA, INC.'S RULE 7.1 STATEMENT** |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | |
| Defendants. | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | |
| vs. | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | |
| Plaintiff/Counterdefendant, | |
| and | |
| JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, | |
| Counterdefendants. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant/Counterclaimant Regan Media, Inc. hereby discloses that no parent corporation or publicly-held corporation owns 10% or more of the stock of Regan Media, Inc.

Dated this 20th day of October, 2005.

STEPTOE & JOHNSON LLP

By /s/ Dennis Blackhurst
   David J. Bodney
   Dennis K. Blackhurst
   Collier Center
   201 East Washington Street
   Suite 1600
   Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on the 20th day of October, 2005, I caused the attached |
| 3 | document to be electronically transmitted to the Clerk's Office using the CM/ECF System |
| 4 | for filing and transmittal of a Notice of Electric Filing to the following CM/ECF |
| 5 | Registrants: |

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ 85004-4417
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 20th day of October, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY 14202-3857
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

s/Beth E. Gibson

482783

3