STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>　　　　　Defendants. | No. CV 05-0854 PHX EHC<br><br>**NOTICE OF DEPOSITION OF JAY GRDINA** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>　　　　　Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>　　　　　Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>　　　　　Counterdefendants. | (Assigned to the Honorable Earl H. Carroll) |

1  YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, the
2  deposition will be taken upon oral examination of the person whose name and address is
3  stated below at the time and place stated below before an officer authorized by law to
4  administer oaths.

5  PERSON TO BE EXAMINED:    Jay Grdina
                              c/o James L. Blair and Roger W. Hall
6                             RENAUD COOK DRURY MESAROS, PA
7                             One North Central, Suite 900
                              Phoenix, Arizona 85004-4417
8
9  DATE AND TIME OF DEPOSITION:  January 9, 2006 at 9:00 a.m.

   PLACE OF DEPOSITION:       STEPTOE & JOHNSON LLP
10                            Collier Center
                              201 East Washington Street, Suite 1600
11                            Phoenix, Arizona 85004-2382
12
   DATED this 4th day of November, 2005.
13
                              STEPTOE & JOHNSON LLP
14
15
                              By /s/ David J. Bodney
16                               David J. Bodney
                                 Dennis K. Blackhurst
17                               Collier Center
                                 201 East Washington Street
18                               Suite 1600
                                 Phoenix, Arizona 85004-2382
19
                              Attorneys for Defendants/
20                            Counterclaimants Regan Media, Inc. and
                              Judith Regan
21
22
23
24
25
26

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

>James L. Blair
>Roger William Hall
>Renaud Cook Drury Mesaros, PA
>Phelps Dodge Tower
>One North Central, Suite 900
>Phoenix, AZ  85004-4417
>
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

I hereby certify that on the 4th day of November, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

>Bernard M. Brodsky
>Jeffrey F. Reina
>Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
>42 Delaware Avenue, Suite 300
>Buffalo, NY  14202-3857
>
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

>                 s/Lisa G. Morgan