STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile:  (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | No. CV 05-0854 PHX EHC |
| Plaintiff, | |
| vs. | **NOTICE OF DEPOSITION OF JENNA MASSOLI P/K/A JENNA JAMESON** |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | |
| Defendants. | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | |
| vs. | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | |
| Plaintiff/Counterdefendant, | |
| and | |
| JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, | |
| Counterdefendants. | |

|  |  |
|---|---|
| 1 | YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, the |
| 2 | deposition will be taken upon oral examination of the person whose name and address is |
| 3 | stated below at the time and place stated below before an officer authorized by law to |
| 4 | administer oaths. |

PERSON TO BE EXAMINED:  Jenna Massoli p/k/a Jenna Jameson
c/o James L. Blair and Roger W. Hall
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417

DATE AND TIME OF DEPOSITION: January 5, 2006 at 9:00 a.m.

PLACE OF DEPOSITION: STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382

DATED this 4th day of November, 2005.

STEPTOE & JOHNSON LLP

By /s/ David J. Bodney
   David J. Bodney
   Dennis K. Blackhurst
   Collier Center
   201 East Washington Street
   Suite 1600
   Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and Judith Regan

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ  85004-4417
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 4th day of November, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY  14202-3857
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

                                                  s/Lisa G. Morgan