| | |
|---|---|
| STEPTOE & JOHNSON LLP | |
| Collier Center | |
| 201 East Washington Street, Suite 1600 | |
| Phoenix, Arizona 85004-2382 | |
| Telephone: (602) 257-5200 | |
| Facsimile: (602) 257-5299 | |

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | No. CV 05-0854 PHX EHC |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF DEFENDANT/ COUNTERCLAIMANT REGAN MEDIA'S DISCOVERY REQUESTS** |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | |
| Defendants. | (Assigned to the Honorable Earl H. Carroll) |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | |
| Defendants/Counterclaimants, | |
| vs. | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | |
| Plaintiff/Counterdefendant, | |
| and | |
| JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, | |
| Counterdefendants. | |

Pursuant to Local Rule 5.2, Defendant/Counterclaimant Regan Media, Inc. certifies that on this date, the original and one copy of Defendant/Counterclaimant Regan Media's First Set of Interrogatories to Counterdefendants and Defendant/Counterclaimant Regan Media's First Request for Production of Documents were served upon counsel for Plaintiff/Counterdefendant Jenna Massoli p/k/a Jenna Jameson and Counterdefendants Jay Grdina and Dolce Amore, Inc. by hand delivery and U.S. Mail.

Respectfully submitted this 4th day of November, 2005.

    STEPTOE & JOHNSON LLP

By: /s Dennis K. Blackhurst
   David J. Bodney
   Dennis K. Blackhurst
   Collier Center
   201 East Washington Street
   Suite 1600
   Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ  85004-4417
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 4th day of November, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY  14202-3857
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

            s/Lisa G. Morgan

                    484511