| | |
|---|---|
| James L. Blair, #016125 | |
| Roger W. Hall, #013727 | |
| RENAUD COOK DRURY MESAROS, PA | |
| Phelps Dodge Tower | |
| One North Central, Suite 900 | |
| Phoenix, Arizona 85004-4417 | |
| (602) 307-9900 | |
| jblair@rcdmlaw.com | |
| rhall@rcdmlaw.com | |
| *Attorneys for Plaintiff/Counterdefendants* | |

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>Plaintiff,<br><br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>Defendant. | CV 05-0854 PHX EHC<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>Defendants/Counterclaimants,<br><br>v.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>Third-Party Counterdefendant. | (*Assigned to the Honorable Earl H. Carroll*) |

///

///

///

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1)

Case 2:05-cv-00854-EHC    Document 63    Filed 11/08/2005    Page 1 of 2

Dockets.Justia.com

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, counterdefendant Dolce Amore, Inc. hereby affirms and discloses that it has no parent corporations, and no publicly held corporations own any of its stock.

DATED this 8th day of November, 2005.

RENAUD COOK DRURY MESAROS, PA

By: /s/ Roger W. Hall, #013727
    James L. Blair
    Roger W. Hall
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Plaintiff/Counterdefendants*

The foregoing filed electronically this
8th day of November, 2005.

COPY of the foregoing hand-delivered
to the Honorable Earl H. Carroll this 8th day
of November, 2005.

COPY of the foregoing mailed this
8th day of November, 2005, to:

David J. Bodney, Esq.
Dennis K. Blackhurst, Esq.
STEPTOE & JOHNSON, LLP
Collier Center
201 East Washington Street, Ste 1600
Phoenix, AZ 85004-2382
*Attorneys for Defendants/Counterclaimants*

/s/ Deborah Robertson

@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;317483;1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853