James L. Blair, #016125
Roger W. Hall, #013727
RENAUD COOK DRURY MESAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
jblair@rcdmlaw.com
rhall@rcdmlaw.com
*Attorneys for Plaintiff/Counterdefendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>Plaintiff,<br><br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>Defendant.<br><br>REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>Defendants/Counterclaimants,<br><br>v.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>Third-Party Counterdefendant,<br><br>and<br><br>DOLCE AMORE, INC., a Colorado corporation,<br><br>Counterdefendant. | CV 05-0854 PHX EHC<br><br>**CERTIFICATE OF SERVICE OF RESPONSES TO DEFENDANT/ COUNTERCLAIMANT REGAN MEDIA'S FIRST SET OF INTERROGATORIES TO COUNTERDEFENDANTS**<br><br>(*Assigned to the Honorable Earl H. Carroll*) |

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1)

Case 2:05-cv-00854-EHC   Document 64   Filed 12/05/2005   Page 1 of 2

@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;320741;1

Dockets.Justia.com

An Original and One Copy of the Responses to Defendant/Counterclaimant Regan Media's First Set of Interrogatories to Counterdefendants was mailed by regular mail, postage prepaid, this 5th day of December, 2005, to the following:

>David J. Bodney, Esq.
>Dennis K. Blackhurst, Esq.
>STEPTOE & JOHNSON, LLP
>Collier Center
>201 East Washington Street, Ste 1600
>Phoenix, AZ 85004-2382
>*Attorneys for Defendants/Counterclaimants*

DATED this 5th day of December, 2005.

>RENAUD COOK DRURY MESAROS, PA
>
>
>By: /s/ Roger W. Hall
>　　James L. Blair
>　　Roger W. Hall
>Phelps Dodge Tower
>One North Central, Suite 900
>Phoenix, AZ 85004-4417
>*Attorneys for Plaintiff/Counterdefendants*

Copy of the foregoing mailed
this 5th day of December, 2005, to:

David J. Bodney, Esq.
Dennis K. Blackhurst, Esq.
STEPTOE & JOHNSON, LLP
Collier Center
201 East Washington Street, Ste 1600
Phoenix, AZ 85004-2382
*Attorneys for Defendants/Counterclaimants*


/s/ Deborah Robertson


@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;320741;1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2)

@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;320741;1

Case 2:05-cv-00854-EHC　　Document 64　　Filed 12/05/2005　　Page 2 of 2