STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>    Defendants. | No. CV 05-0854 PHX EHC<br><br>**AMENDED NOTICE OF DEPOSITION OF JAY GRDINA** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>    Counterdefendants. | (Assigned to the Honorable Earl H. Carroll) |

| | |
|---|---|
| 1 | YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, the |
| 2 | deposition will be taken upon oral examination of the person whose name and address is |
| 3 | stated below at the time and place stated below before an officer authorized by law to |
| 4 | administer oaths. |

PERSON TO BE EXAMINED: Jay Grdina
c/o James L. Blair and Roger W. Hall
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417

DATE AND TIME OF DEPOSITION: February 16, 2006 at 1:00 p.m.

PLACE OF DEPOSITION: STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382

DATED this 16th day of December, 2005.

STEPTOE & JOHNSON LLP

By /s/ Dennis K. Blackhurst
David J. Bodney
Dennis K. Blackhurst
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on the 16th day of December, 2005, I caused the attached |
| 3 | document to be electronically transmitted to the Clerk's Office using the CM/ECF System |
| 4 | for filing and transmittal of a Notice of Electric Filing to the following CM/ECF |
| 5 | Registrants: |

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

>James L. Blair
>Roger William Hall
>Renaud Cook Drury Mesaros, PA
>Phelps Dodge Tower
>One North Central, Suite 900
>Phoenix, AZ  85004-4417
>
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

I hereby certify that on the 16th day of December, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

>Bernard M. Brodsky
>Jeffrey F. Reina
>Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
>42 Delaware Avenue, Suite 300
>Buffalo, NY  14202-3857
>
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

s/Elizabeth Gibson