| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| | Collier Center |
| 2 | 201 East Washington Street, Suite 1600 |
| | Phoenix, Arizona 85004-2382 |
| 3 | Telephone: (602) 257-5200 |
| | Facsimile: (602) 257-5299 |
| 4 | |
| 5 | David J. Bodney (006065) |
| | Dennis K. Blackhurst (021678) |
| 6 | Attorneys for Defendants/Counterclaimants |
| | Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | ) ) ) | No. CV 05-0854 PHX EHC |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **AMENDED NOTICE OF DEPOSITION OF JENNA MASSOLI P/K/A JENNA JAMESON** |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | ) ) ) | |
| Defendants. | ) ) | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | ) ) ) ) | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | ) ) | |
| vs. | ) ) | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| and | ) ) | |
| JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, | ) ) ) ) | |
| Counterdefendants. | ) ) | |

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| PERSON TO BE EXAMINED: | Jenna Massoli p/k/a Jenna Jameson<br>c/o James L. Blair and Roger W. Hall<br>RENAUD COOK DRURY MESAROS, PA<br>One North Central, Suite 900<br>Phoenix, Arizona 85004-4417 |
| DATE AND TIME OF DEPOSITION: | February 14, 2006 at 9:00 a.m. |
| PLACE OF DEPOSITION: | STEPTOE & JOHNSON LLP<br>Collier Center<br>201 East Washington Street, Suite 1600<br>Phoenix, Arizona 85004-2382 |

DATED this 16th day of December, 2005.

    STEPTOE & JOHNSON LLP

    By /s/ Dennis K. Blackhurst
       David J. Bodney
       Dennis K. Blackhurst
       Collier Center
       201 East Washington Street
       Suite 1600
       Phoenix, Arizona 85004-2382

    Attorneys for Defendants/
    Counterclaimants Regan Media, Inc. and
    Judith Regan

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2005, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ  85004-4417
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 16th day of December, 2005, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY  14202-3857
>
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

s/Elizabeth Gibson