STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>    Defendants. | No. CV 05-0854 PHX EHC<br><br>**DEFENDANT/ COUNTERCLAIMANT REGAN MEDIA'S MOTION TO COMPEL** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>    Third-Party Counterdefendant. | (Assigned to the Honorable Earl H. Carroll) |

Pursuant to Fed. R. Civ. P. 37, Defendant/Counterclaimant Regan Media, Inc. ("Regan") respectfully requests that the Court issue an order (1) compelling Plaintiff/Counterdefendant Jenna Massoli p/k/a Jenna Jameson and Counterdefendants Jay Grdina and Dolce Amore, Inc. (collectively, "Counterdefendants") to respond to Regan's First Request for Production of Documents, and (2) awarding Regan its reasonable expenses and attorneys' fees incurred in bringing this Motion.

On November 4, 2005, Regan's First Request for Production of Documents was served on Counterdefendants, and Counterdefendants still have not produced a written response or the requested documents. In accordance with Fed.R.Civ.P. 37(a)(2) and Local Rule 7.2(j), undersigned counsel has attempted in good faith to resolve this matter without involving the Court, and the requisite Statement of Moving Counsel attesting to those efforts is attached.

This Motion is supported by an accompanying Memorandum in Support of Defendant/Counterclaimant Regan Media's Motion to Compel.

Respectfully submitted this ___ day of January, 2006.

> STEPTOE & JOHNSON LLP
>
> By: /s/ David J. Bodney
>     David J. Bodney
>     Dennis K. Blackhurst
>     Collier Center
>     201 East Washington Street
>     Suite 1600
>     Phoenix, Arizona 85004-2382
>
> Attorneys for Defendants/
> Counterclaimants Regan Media, Inc. and
> Judith Regan

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

James L. Blair
Roger William Hall
Renaud Cook Drury Mesaros, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Plaintiff/Counterdefendant and
Third-Party Counterdefendant*

I hereby certify that on the 5th day of January, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Bernard M. Brodsky
Jeffrey F. Reina
Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202-3857
*Attorneys for Plaintiff/Counterdefendant and
Third-Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson            488320