| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| | Collier Center |
| 2 | 201 East Washington Street, Suite 1600 |
| | Phoenix, Arizona 85004-2382 |
| 3 | Telephone: (602) 257-5200 |
| | Facsimile: (602) 257-5299 |
| 4 | |
| 5 | David J. Bodney (006065) |
| | Dennis K. Blackhurst (021678) |
| 6 | Attorneys for Defendants/Counterclaimants |
| | Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | ) ) ) | No. CV 05-0854 PHX EHC |
| Plaintiff, | ) ) | **STATEMENT OF MOVING COUNSEL IN SUPPORT OF DEFENDANT/ COUNTERCLAIMANT REGAN MEDIA'S MOTION TO COMPEL** |
| vs. | ) ) | |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | ) ) ) | |
| Defendants. | ) ) | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | ) ) ) ) | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | ) ) | |
| vs. | ) ) | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| and | ) ) | |
| JAY GRDINA, an individual, | ) ) | |
| Third-Party Counterdefendant. | ) ) | |

Pursuant to Fed.R.Civ.P. 37(a)(2)(B) and Local Rule 7.2(j), counsel for Defendants/Counterclaimants submits this Statement of Moving Counsel in support of Defendant/Counterclaimant Regan Media's Motion to Compel. Undersigned counsel certifies that Counterclaimants have, after personal consultation and sincere efforts to do so, been unable to resolve this dispute with Counterdefendants.

On or about December 5, 2005, counsel for Counterdefendants, Roger Hall, telephoned to request an extension of time for Counterdefendants to respond to Regan Media's First Request for Production of Documents. On December 9, 2005, counsel for Counterclaimants, David Bodney, sent a letter to Counterdefendants agreeing to extend the deadline to December 12, 2005.

On December 14, 2005, Mr. Bodney sent an e-mail to Mr. Hall inquiring about the status of Counterdefendants' document production. On Tuesday, December 27, 2005, when no response had been served, undersigned counsel telephoned Mr. Hall to inquire about Counterdefendants' response to Regan Media's document requests. Mr. Hall offered no excuse for his clients' failure to comply with this pending discovery request. Undersigned counsel informed Mr. Hall that Counterclaimants would be obliged to file a motion to compel if a response to the First Request for Production of Documents was not received by January 2, 2006. As of this writing, Counterdefendants still have not responded to Regan Media's November 4, 2005 First Request for Production of Documents.

RESPECTFULLY SUBMITTED this 5th day of January, 2006.

STEPTOE & JOHNSON LLP

By: /s/ Dennis K. Blackhurst
    David J. Bodney
    Dennis K. Blackhurst
    Collier Center
    201 East Washington Street
    Suite 1600
    Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

>James L. Blair
>Roger William Hall
>Renaud Cook Drury Mesaros, PA
>Phelps Dodge Tower
>One North Central, Suite 900
>Phoenix, AZ  85004-4417
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

I hereby certify that on the 5th day of January, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

>Bernard M. Brodsky
>Jeffrey F. Reina
>Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
>42 Delaware Avenue, Suite 300
>Buffalo, NY  14202-3857
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*


　　　　　　　　　　　　/s/ Beth Gibson
　　　　　　　　　　　　Beth Gibson　　　　488364