STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, <br><br> Plaintiff, <br><br> vs. <br><br> "REGAN MEDIA," and JUDITH REGAN, an individual, <br><br> Defendants. | No. CV 05-0854 PHX EHC <br><br> **STIPULATION TO MODIFY SCHEDULING ORDER RE DISCLOSURE OF EXPERT WITNESSES** <br><br> (Assigned to the Honorable Earl H. Carroll) |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, <br><br> Defendants/Counterclaimants, <br><br> vs. <br><br> JENNA MASSOLI p/k/a JENNA MASSOLI, an individual, <br><br> Plaintiff/Counterdefendant, <br><br> and <br><br> JAY GRDINA, an individual, <br><br> Third-Party Counterdefendant. | |

Defendants/Counterclaimants Regan Media, Inc. and Judith Regan (collectively, "Counterclaimants") and Plaintiff/Counterdefendants Jenna Massoli p/k/a Jenna Jameson ("Jameson"), Jay Grdina ("Grdina") and Dolce Amore, Inc. ("Dolce Amore") (collectively, "Counterdefendants") stipulate and jointly move the Court to enter an order modifying the June 20, 2005 Scheduling Order and extending the expert disclosure deadline to March 3, 2006. The Scheduling Order currently requires Counterclaimants to disclose any expert witnesses and final written reports by January 27, 2006. To accommodate Counterdefendants' schedules, the parties have agreed to conduct the depositions of Jameson, Grdina and a Rule 30(b)(6) representative of Dolce Amore on February 14 and 16, 2006. Accordingly, the parties request that the Court extend the expert disclosure deadline to allow the parties to conduct these depositions in time to be reviewed by expert witnesses, if necessary.

RESPECTFULLY SUBMITTED this 10th day of January, 2006.

STEPTOE & JOHNSON LLP

By /s/ David J. Bodney
   David J. Bodney
   Dennis K. Blackhurst
   Collier Center
   201 East Washington Street, Suite 1600
   Phoenix, Arizona 85004-2382

Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

RENAUD COOK DRURY & MESAROS, PA

By /s/ Roger W. Hall
   James L. Blair
   Roger W. Hall
   Phelps Dodge Tower
   One North Central, Suite 900
   Phoenix, Arizona 85004-4417

Attorneys for Plaintiff/Counterdefendant
Jenna Massoli p/k/a Jenna Jameson and
Third-Party Counterdefendant
Jay Grdina

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ  85004-4417
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 10th day of January, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY  14202-3857
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson

488706