UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA MASSOLI,<br><br>    Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>    Defendants. | No. CV 05-0854 PHX EHC<br><br>**ORDER RE EXPERT DISCLOSURE DEADLINES** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA MASSOLI, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>    Counterdefendant. | |

Dockets.Justia.com

| | |
|---|---|
| 1 | Upon consideration of the parties' Stipulation to Modify Scheduling Order |
| 2 | Re Disclosure of Expert Witnesses, and good cause appearing, |
| 3 | IT IS HEREBY ORDERED that the Stipulation is granted. The Court's |
| 4 5 | June 20, 2005 Scheduling Order is hereby modified as follows: Defendants shall disclose |
| 6 | expert witnesses, if any, no later than March 3, 2006, together with a final written report |
| 7 | setting forth the expert's opinion and the reasons supporting that opinion. |
| 8 | DATED this 10th day of January, 2006. |

*(signature)*
Earl H. Carroll
United States District Judge