UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Jenna Massoli** <br> PLAINTIFF(S) <br><br> v. <br><br> **Regan Media, et al.,** <br> DEFENDANT(S) | CASE NO. **CIV-05-854-PHX-EHC** <br><br> NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Response to Defendant/Counterclaimant Regan Media's Motion to Compel #74* filed by *Roger Hall, Esq.*:

☒ Duplicate document filed. Document #74 is a duplicate filing of document #73.

**ACTION REQUIRED BY THE FILER**

☒ No further action is necessary.