STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, <br><br> Plaintiff, <br><br> vs. <br><br> "REGAN MEDIA," and JUDITH REGAN, an individual, <br><br> Defendants. | No. CV 05-0854 PHX EHC <br><br> **REPLY IN SUPPORT OF DEFENDANT/ COUNTERCLAIMANT REGAN MEDIA'S MOTION TO COMPEL** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, <br><br> Defendants/Counterclaimants, <br><br> vs. <br><br> JENNA MASSOLI p/k/a JENNA JAMESON, an individual, <br><br> Plaintiff/Counterdefendant, <br><br> and <br><br> JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, <br><br> Counterdefendants. | (Assigned to the Honorable Earl H. Carroll) |

In their Response, Plaintiffs "confess" that they have failed to produce documents that were requested by Regan Media, Inc. ("Regan") and due the first week of December. [Plaintiffs' Response, at 2.] As such, Plaintiffs concede that Regan's Motion to Compel should be granted and the Court should enter an Order (1) compelling production of the requested documents on or before February 7, 2006, and (2) awarding Regan its reasonable attorneys' fees incurred in bringing the Motion to Compel. Plaintiffs' only explanation for their failure to produce even a written response to Regan's First Request for Production of Documents is that they were too busy with other business affairs to fulfill their obligations in the litigation they initiated.

Plaintiffs say they will produce responsive documents by February 7, 2006, 15 days from the filing of their Response. [*Id.*, at 4.] Although this production will be more than two months overdue, production of the requested documents on February 7, 2006 should allow enough time for Defendants to prepare for Plaintiffs' depositions, which are currently scheduled for February 14 and 16. (At Plaintiffs' request, the depositions of Plaintiff Counterdefendant Jenna Jameson and Counterdefendant Jay Grdina have been twice postponed already.) Any further delay by Plaintiffs, however, will prevent Defendants from preparing adequately for Plaintiffs' upcoming depositions.

It merits note that Plaintiffs have failed to object to any of Defendants' document requests and have therefore waived any objections. *See Richmark Corp. v. Timber Falling Consultants*, 959 F.2d 1468, 1473 (9th Cir. 1992) ("It is well established that a failure to object to discovery requests within the time required constitutes a waiver

2

of any objection"). Consequently, if Plaintiffs' production is late again, or if Plaintiffs withhold the requested documents, then Defendants reserve their right to file a motion seeking Rule 37 sanctions, including dismissal of Plaintiffs' claims.

Respectfully submitted this 30th day of January, 2006.

                        STEPTOE & JOHNSON LLP

                        By: /s/ David J. Bodney
                           David J. Bodney
                           Dennis K. Blackhurst
                           Collier Center
                           201 East Washington Street
                           Suite 1600
                           Phoenix, Arizona 85004-2382

                        Attorneys for Defendants/
                        Counterclaimants Regan Media, Inc. and
                        Judith Regan

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | |

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ  85004-4417
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 30th day of January, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY  14202-3857
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson          490266