James L. Blair, #016125
Roger W. Hall, #013727
RENAUD COOK DRURY MESAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
jblair@rcdmlaw.com
rhall@rcdmlaw.com
*Attorneys for Plaintiff/Counterdefendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>Plaintiff,<br><br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>Defendant. | CV 05-0854 PHX EHC<br><br>**CERTIFICATE OF SERVICE OF RESPONSES TO DEFENDANT/ COUNTERCLAIMANT REGAN MEDIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM COUNTERDEFENDANTS** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>Defendants/Counterclaimants,<br><br>v.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>Third-Party Counterdefendant,<br><br>and<br><br>DOLCE AMORE, INC., a Colorado corporation,<br><br>Counterdefendant. | (*Assigned to the Honorable Earl H. Carroll*) |

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

Case 2:05-cv-00854-EHC   Document 77   Filed 02/09/2006   Page 1 of 2

(Page 1) @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;328676;1

Dockets.Justia.com

1  An Original and One Copy of the Responses to Defendant/Counterclaimant Regan
2  Media's First Request for Production of Documents from Counterdefendants was hand-
3  delivered this 9th day of February, 2006, to the following:

4   David J. Bodney, Esq.
   Dennis K. Blackhurst, Esq.
5   STEPTOE & JOHNSON, LLP
   Collier Center
6   201 East Washington Street, Ste 1600
   Phoenix, AZ 85004-2382
7   *Attorneys for Defendants/Counterclaimants*

8 DATED this 9th day of February, 2006.

9          RENAUD COOK DRURY MESAROS, PA

11          By: /s/ Roger W. Hall
            James L. Blair
12           Roger W. Hall
           Phelps Dodge Tower
13          One North Central, Suite 900
          Phoenix, AZ 85004-4417
14          *Attorneys for Plaintiff/Counterdefendants*

15  Copy of the foregoing mailed
on the 10th day of February, 2006, to:

17  David J. Bodney, Esq.
Dennis K. Blackhurst, Esq.
STEPTOE & JOHNSON, LLP
18  Collier Center
201 East Washington Street, Ste 1600
19  Phoenix, AZ 85004-2382
*Attorneys for Defendants/Counterclaimants*

21
/s/ Deborah Robertson

23  @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;328676;1

(Page 2)                  @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;328676;1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853