| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | Collier Center<br>201 East Washington Street, Suite 1600 |
| 3 | Phoenix, Arizona 85004-2382<br>Telephone: (602) 257-5200 |
| 4 | Facsimile: (602) 257-5299 |
| 5 | David J. Bodney (006065) |
| 6 | Dennis K. Blackhurst (021678)<br>Attorneys for Defendants/Counterclaimants |
| 7 | Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | ) ) ) | No. CV 05-0854 PHX EHC |
| Plaintiff, | ) ) ) | **DEFENDANT/** |
| vs. | ) ) ) | **COUNTERCLAIMANT REGAN MEDIA'S SECOND MOTION TO COMPEL AND REQUEST FOR SANCTIONS** |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | ) ) ) | |
| Defendants. | ) ) ) | **(ORAL ARGUMENT REQUESTED)** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | ) ) ) ) ) | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | ) ) | |
| vs. | ) ) | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| and | ) ) | |
| JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, | ) ) ) ) | |
| Counterdefendants. | ) | |

Case 2:05-cv-00854-EHC    Document 78    Filed 02/17/2006    Page 1 of 4

Pursuant to Fed. R. Civ. P. 37 and the Court's inherent authority, Defendant/Counterclaimant Regan Media, Inc. ("Regan Media") respectfully requests that the Court issue an order (1) compelling Plaintiff/Counterdefendant Jenna Massoli p/k/a Jenna Jameson and Counterdefendants Jay Grdina and Dolce Amore, Inc. (collectively, "Counterdefendants") to respond fully and without objection to Regan Media's First Request for Production of Documents by 5:00 p.m. March 17, 2006; (2) warning Counterdefendants that failure to produce all requested documents will result in additional sanctions, including the entry of judgment in favor of Counterclaimants on all claims; (3) ordering Counterdefendants to provide signatures from the parties in connection with Counterdefendants' Responses to Regan Media's First Set of Interrogatories; (4) ordering Jenna Jameson to appear for deposition on April 4, 2006 and Jay Grdina to appear for deposition on April 6, 2006; (5) awarding Regan Media its reasonable expenses and attorneys' fees incurred in bringing this Motion; (6) requiring Counterdefendants to explain their efforts to locate and produce responsive documents and show cause why additional sanctions, including dismissal of their Complaint or entry of judgment on Counterclaimants' claims, should not issue; and (7) modifying the Scheduling Order to accommodate Counterdefendants' document production and deposition.

Despite previous representations to the Court and to Regan Media that they would produce responsive documents by February 7, 2006, Counterdefendants have failed to do so. They produced objections and a few documents on February 9, 2006, but their delinquent and insufficient production has forced Regan Media to postpone the depositions of Jenna Jameson and Jay Grdina to pursue this Second Motion to Compel. In

2

accordance with Fed.R.Civ.P. 37(a)(2) and Local Rule 7.2(j), undersigned counsel has attempted in good faith to resolve this matter without involving the Court, and the requisite Statement of Moving Counsel attesting to those efforts is attached.

This Motion is supported by an accompanying Memorandum in Support of Defendant/Counterclaimant Regan Media's Second Motion to Compel and Request for Sanctions.

Respectfully submitted this 17th day of February, 2006.

STEPTOE & JOHNSON LLP

By: /s/ David J. Bodney
　　David J. Bodney
　　Dennis K. Blackhurst
　　Collier Center
　　201 East Washington Street
　　Suite 1600
　　Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

James L. Blair
Roger William Hall
Renaud Cook Drury Mesaros, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Plaintiff/Counterdefendant and*
*Third-Party Counterdefendant*

I hereby certify that on the 17th day of February, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Bernard M. Brodsky
Jeffrey F. Reina
Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202-3857
*Attorneys for Plaintiff/Counterdefendant and*
*Third-Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson        491739