| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| | Collier Center |
| 2 | 201 East Washington Street, Suite 1600 |
| 3 | Phoenix, Arizona 85004-2382 |
| | Telephone: (602) 257-5200 |
| 4 | Facsimile: (602) 257-5299 |
| 5 | David J. Bodney (006065) |
| | Dennis K. Blackhurst (021678) |
| 6 | Attorneys for Defendants/Counterclaimants |
| 7 | Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | ) ) | No. CV 05-0854 PHX EHC |
| Plaintiff, | ) ) ) | **STATEMENT OF MOVING COUNSEL IN SUPPORT OF REGAN MEDIA'S SECOND MOTION TO COMPEL AND REQUEST FOR SANCTIONS** |
| vs. | ) ) ) | |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | ) ) ) | |
| Defendants. | ) ) ) | **(ORAL ARGUMENT REQUESTED)** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | ) ) ) ) | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | ) ) | |
| vs. | ) ) | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| and | ) ) | |
| JAY GRDINA, an individual, | ) ) | |
| Third-Party Counterdefendant. | ) | |

Pursuant to Fed.R.Civ.P. 37(a)(2)(B) and Local Rule 7.2(j), counsel for Defendants/Counterclaimants submits this Statement of Moving Counsel in support of Regan Media's Second Motion to Compel and Request for Sanctions. Undersigned counsel certifies that Counterclaimants have, after personal consultation and sincere efforts to do so, been unable to resolve this dispute with Counterdefendants.

On November 5, 2005, Defendant/Counterclaimant Regan Media, Inc. ("Regan Media") served its First Set of Requests for Production of Documents on Plaintiff/Counterdefendant Jenna Massoli p/k/a Jenna Jameson and Counterdefendants Jay Grdina and Dolce Amore, Inc. (collectively, "Counterdefendants"). When no written response was received and no documents were produced, Regan Media filed a Motion to Compel on January 5, 2006. On January 23, 2006, Counterdefendants filed a Response to the Motion to Compel, admitting that they had failed to respond to Regan Media's document requests and representing that responsive documents would be produced on February 7, 2006.

No response to Regan Media's Request for Production was received on February 7. Counterdefendants hand-delivered a written response and small set of documents at the end of the day on February 9. The documents produced included (a) Articles of Incorporation for Dolce Amore, Inc.; (b) Dolce Amore's tax returns for 2002 and 2003; and (c) approximately 30 e-mail messages. I reviewed these e-mails and concluded that ten were responsive to Regan Media's document requests. The remainder related to Jenna Jameson's book and other business affairs not relevant to Regan Media's requests for production.

On February 10, 2006, I telephoned Counterdefendants' counsel, Roger Hall, regarding the documents produced. I indicated that Counterdefendants' production appeared to be deficient. Mr. Hall indicated that he did not know if additional responsive documents exist and could not explain what efforts had been made to identify and produce all responsive documents. I informed Mr. Hall that, in light of the late and deficient production, Counterclaimants would be postponing the depositions of Jenna Jameson and Jay Grdina scheduled for February 14 and 16, 2006 and would be filing a motion to compel.

RESPECTFULLY SUBMITTED this 17th day of February, 2006.

STEPTOE & JOHNSON LLP

By: /s/ Dennis K. Blackhurst
    David J. Bodney
    Dennis K. Blackhurst
    Collier Center
    201 East Washington Street
    Suite 1600
    Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

James L. Blair
Roger William Hall
Renaud Cook Drury Mesaros, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Plaintiff/Counterdefendant and*
*Third-Party Counterdefendant*

I hereby certify that on the 17th day of February, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Bernard M. Brodsky
Jeffrey F. Reina
Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202-3857
*Attorneys for Plaintiff/Counterdefendant and*
*Third-Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson            491978