IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>        Plaintiff,<br><br>vs.<br><br>REGAN MEDIA and JUDITH REGAN, an individual,<br><br>        Defendants. | No. CIV 05-0854-PHX-EHC<br><br>**ORDER** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>        Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>        Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>        Counterdefendant. | |

Pending before the Court is Plaintiff/Counterdefendant and Counterdefendant's Motion for Determination that Arizona Law Applies to this Matter. [Dkt. 34]. The Motion is fully briefed.

1       The Motion for Determination was filed because the parties disputed the
applicable law in the briefing concerning Defendants/Counterclaimants' Motion for
Judgment on the Pleadings [dkt. 15] and Plaintiff/Counterdefendant and
Counterdefendant's Rule 56(f) Motion [dkt. 19, p. 5]. The Court found those Motions
were mooted by subsequent amendment to the Complaint. [Dkt. 51].

      Accordingly,

      **IT IS ORDERED** that Plaintiff/Counterdefendant and Counterdefendant's Motion for Determination that Arizona Law Applies to this Matter [dkt. 34] is **DENIED** as moot, without prejudice to reurging.

      DATED this 18th day of February, 2006.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge