Jeffrey F. Reina, Esq. (Pro Hac Vice)
LIPSITZ, GREEN, FAHRINGER,
ROLL, SALISBURY & CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, New York 14202-3857
(716) 849-1333
jreina@lglaw.com
*Attorneys for Plaintiff/Counter-defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, <br><br> Plaintiff, <br><br> vs. <br><br> "REGAN MEDIA," and JUDITH REGAN, an indivudal, <br><br> Defendants. <br>_____ <br> REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, <br><br> Defendants/Counterclaimants <br> vs. <br><br> JENNA MASSOLI p/k/a JENNA JAMESON, an individual, <br><br> Plaintiff/Counter-defendant, <br><br> and <br><br> JAY GRDINA, an individual, <br><br> Third-Party Defendant. | Case No.: CV 05-0854 PHX EHC <br><br> APPLICATION TO WITHDRAW AS COUNSEL FILED BY LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMBRIA, LLP <br><br> (Assigned to the Honorable Earl H. Carroll) |

Pursuant to LCRiv 83.3(b)(2) and (3)(B), Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), attorney Jeffrey F. Reina and the firm of

Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP (collectively "Lipsitz") hereby apply to this Court to withdraw as counsel for plaintiff/counterdefendants Jenna Massoli p/k/a Jenna Jameson, Jay Grdina, and Dolce Amore, Inc. (collectively "Plaintiffs"). Irreconcilable differences have arisen between counsel and Plaintiffs. Specifically, Plaintiffs have discharged Lipsitz, but have failed and refused to execute the necessary documents to effect the withdrawal of Lipsitz.

Plaintiffs have not responded to Lipsitz's request to allow Lipsitz to voluntarily withdraw. If this Application is granted, the following contact information is where all defendants can be reached by mail or telephone:

> 16444 North 91st Street, Suite 100
> Scottsdale, Arizone 85260
> (480) 471-5583

Counsel is aware if a possible alternate address for Dolce Amore, Inc. ("Dolce Amore")

> Dolce Amore, Inc.
> 15270 N. 83rd Place
> Scottsdale, Arizona 85260

Although this matter has been set for trial, and Local Rule LRCiv 83.3(b)(3) would normally apply, Lipsitz does not believe that its withdrawal at this time would prejudice Plaintiffs in any way, and that good cause therefore exists to grant this Application. The trial is set to begin on August 7, 2006, which is more than five (5) months away. Plaintiffs continue to have the assistance of their Arizona counsel in this matter, Renaud, Cook, Drury, Mesaros, PA, who have acted as trial counsel since the discharge of Lipsitz.

Additionally, Plaintiffs have the assistance of their "regular" transactional attorney, Gary L. Crandell, Esq. of Denver, Colorado, who can advise them regarding legal matters until alternate litigation counsel has been retained. Although Mr. Crandell has been disclosed as a

witness in this matter, he can still perform the previously-described functions and can make an appearance in this matter.

The concurrently-filed Certificate of attorney Jeffrey F. Reina sets forth compliance with LRCiv 83.3(b)(2)(A).

RESPECTFULLY SUBMITTED this 7th day of March 2006.

LIPSITZ, GREEN, FAHRINGER, ROLL
SALISBURY & CAMBRIA, LLP

By: /s/ Jeffrey F. Reina
Jeffrey F. Reina
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
*Attorneys for Plaintiff/Counterdefendant*

The forgoing was filed electronically this
7th day of March 2006.

COPY of the foregoing was sent via Overnight Mail
to the Honorable Earl H. Carroll this 7th day
of March 2006.

COPY of the foregoing was mailed this
7th day of March 2006.

James L. Blair, Esq.
Roger W. Hall, Esq.
RENAUD, COOK, DRURY,
MESSAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona, 85005-4417
(602) 307-9900

| | |
|---|---|
| 1 | David J. Bodney, Esq. |
| | Dennis Blackhurst, Esq. |
| 2 | STEPTOE & JOHNSON, LLP |
| | Collier Center |
| 3 | 201 East Washington Street, Suite 1600 |
| | Phoenix, AZ 85004 |
| 4 | |
| 5 | Ms. Jenna Massoli |
| | 16444 North 91st Street, Suite 100 |
| 6 | Scottsdale, AZ 85260 |
| 7 | |
| | Mr. Jay Grdina |
| 8 | 16444 North 91st Street, Suite 100 |
| | Scottsdale, AZ 85260 |
| 9 | |
| 10 | Dolce Amore, Inc. |
| | c/o Mr. Jay Grdina |
| 11 | 16444 North 91st Street, Suite 100 |
| | Scottsdale, AZ 85260 |
| 12 | |
| 13 | Dolce Amore, Inc. |
| | 15270 N. 83rd Place |
| 14 | Scottsdale, Arizona 85260 |

*/s/ Pamela Johns*