Jeffrey F. Reina, Esq. (Pro Hac Vice)
LIPSITZ, GREEN, FAHRINGER,
ROLL, SALISBURY & CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, New York 14202-3857
(716) 849-1333
jreina@lglaw.com
*Attorneys for Plaintiff/Counter-defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, <br><br> Plaintiff, <br><br> vs. <br><br> "REGAN MEDIA," and JUDITH REGAN, an indivudal, <br><br> Defendants. | Case No.: CV 05-0854 PHX EHC <br><br> ATTORNEY'S CERTIFICATE OF COMPLIANCE WITH LRCiv 83.3(b)(2)(A) |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, <br><br> Defendants/Counterclaimants <br><br> vs. <br><br> JENNA MASSOLI p/k/a JENNA JAMESON, an individual, <br><br> Plaintiff/Counter-defendant, <br><br> and <br><br> JAY GRDINA, an individual, <br><br> Third-Party Defendant. | (Assigned to the Honorable Earl H. Carroll) |

Pursuant to LCRiv 83.3(b)(2) and (3)(B), Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), attorney Jeffrey F. Reina of the firm of Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP hereby certifies that on August 22, 2005, Jay Grdina notified me via email that the plaintiffs were discharging Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP ("Lipsitz") as attorneys of record in this matter, and that all further legal work would be handled by Renaud, Cook, Drury, Mesaros, PA ("RCDM").

Subsequent to that date, Lipsitz notified RCDM of the decision by plaintiffs to discharge Lipsitz and the desire by plaintiffs that RCDM act as lead trial counsel. RCDM has acted in that capacity since on or about August 2005. Lipsitz also requested that RCDM prepare the necessary paperwork to effect the voluntary withdrawal of Lipsitz from this matter. Said paperwork was prepared and sent to plaintiffs by RCDM on or about October 24, 2005.

On November 2, 2005, Roger Hall, Esq. of RCDM left a voice mail with plaintiff Jenna Jameson's assistant, Linda Johnson, asking her where the withdrawal documents were. No response was received.

On November 23, 2005, attorney Hall sent an email directly to counter-defendant Jay Grdina reminding him of the need to sign the withdrawal documents.

On November 28, 2005, I received an email from attorney Hall documenting the two aforesaid contacts with plaintiffs/counter-defendants, and notifying me that if the withdrawal documents were not filed, he would be submitting papers without client signature.

On December 6, 2005, I received an email from counter-defendant Jay Grdina indicating that the withdrawal documents had been signed. No such documents have been received by me or RCDM.

To date, neither the voluntary withdrawal documents, nor the papers absent client signature have been filed with the Court. I am informed and believe that RCDM has kept plaintiffs/counter-defendants totally informed of the status of this matter and has been actively engaged in representing same since the discharge of Lipsitz.

RESPECTFULLY SUBMITTED this 7th day of March 2006.

LIPSITZ, GREEN, FAHRINGER, ROLL
SALISBURY & CAMBRIA, LLP

By: /s/ Jeffrey F. Reina
Jeffrey F. Reina
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
*Attorneys for Plaintiff/Counterdefendant*

The forgoing was filed electronically this
7th day of March 2006.

COPY of the foregoing was sent via Overnight Mail
to the Honorable Earl H. Carroll this 7th day
of March 2006.

COPY of the foregoing was mailed this
7th day of March 2006.

James L. Blair, Esq.
Roger W. Hall, Esq.
RENAUD, COOK, DRURY,
MESAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona, 85005-4417
(602) 307-9900

David J. Bodney, Esq.
Dennis Blackhurst, Esq.
STEPTOE & JOHNSON, LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, AZ 85004

Ms. Jenna Massoli
16444 North 91st Street, Suite 100
Scottsdale, AZ 85260

| | |
|---|---|
| 1 | Mr. Jay Grdina |
| 2 | 16444 North 91st Street, Suite 100<br>Scottsdale, AZ 85260 |
| 3 | Dolce Amore, Inc. |
| 4 | c/o Mr. Jay Grdina<br>16444 North 91st Street, Suite 100 |
| 5 | Scottsdale, AZ 85260 |
| 6 | Dolce Amore, Inc. |
| 7 | 15270 N. 83rd Place<br>Scottsdale, Arizona 85260 |
| 8 | |
| 9 | /s/ Pamela johnn |
| 10 | |