James L. Blair, #016125
Roger W. Hall, #013727
RENAUD COOK DRURY MESAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
jblair@rcdmlaw.com
rhall@rcdmlaw.com
*Attorneys for Plaintiff/Counterdefendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br><br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>    Defendant.<br> | CV 05-0854 PHX EHC<br><br>**APPLICATION TO WITHDRAW AS COUNSEL FILED BY RENAUD COOK DRURY MESAROS, PA** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>v.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>    Third-Party Counterdefendant,<br><br>and<br><br>DOLCE AMORE, INC., a Colorado corporation,<br><br>    Counterdefendant. | (*Assigned to the Honorable Earl H. Carroll*) |

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1)    Case 2:05-cv-00854-EHC    Document 85    Filed 03/07/2006    Page 1 of 4

Dockets.Justia.com

Pursuant to LRCiv 83.3(b)(2) and (3)(B), Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), attorneys James L. Blair and Roger W. Hall and the firm of Renaud Cook Drury Mesaros, PA ("RCDM") hereby apply to this Court to withdraw as counsel for plaintiff/ counterdefendants Jenna Massoli p/k/a Jenna Jameson, Jay Grdina, and Dolce Amore, Inc. (collectively, "Plaintiffs"). Irreconcilable differences have arisen between counsel and Plaintiffs, and Plaintiffs have failed to meet their financial obligations to counsel.

Plaintiffs have not responded to RCDM's recent letters, e-mails, and voice mails. If this Application is granted, the following contact information is where all defendants can be reached by mail or telephone:

>16444 North 91st Street, Suite 100
>Scottsdale, Arizona 85260
>(480) 471-5583

Counsel is aware of a possible alternate address for Dolce Amore, Inc. ("Dolce Amore"), which is:

>Dolce Amore, Inc.
>15270 N. 83rd Place
>Scottsdale, Arizona 85260

Although this matter has been set for trial, and Local Rule LRCiv 83.3(b)(3) would normally apply, RCDM does not believe that its withdrawal at this time would prejudice Plaintiffs in any way, and that good cause therefore exists to grant this Application. The trial is set to begin on August 7, 2006, which is five months away. Additionally, plaintiff Jenna Massoli is a well-known adult film star whose professional name is Jenna Jameson. Ms. Massoli has tremendous financial resources at her disposal. Counterdefendant Jay Grdina is Ms. Massoli's husband, and counterdefendant Dolce Amore is a corporation whose sole shareholders are Ms. Massoli and Mr. Grdina. Ms. Massoli, Mr. Grdina, and Dolce Amore have more than adequate funds available to them with which to retain

///

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

1 alternate counsel between now and the proposed trial date so that neither they, nor their new
2 counsel, will have any problems complying with this Court's deadlines.
3     Additionally, Plaintiffs have the assistance of their longtime transactional attorney,
4 Gary L. Crandell, Esq., of Denver, Colorado, who can advise them regarding legal matters until
5 alternate litigation counsel has been retained. Although Mr. Crandell has been disclosed as a
6 witness in this matter, he can still perform the previously-described functions until new
7 counsel can make an appearance in this matter.
8     The concurrently-filed Certificate of attorney Roger W. Hall sets forth RCDM's
9 compliance with LRCiv 83.3(b)(2)(A).
10     RESPECTFULLY SUBMITTED this 7th day of March, 2006.

RENAUD COOK DRURY MESAROS, PA

By: /s/ Roger W. Hall
    James L. Blair
    Roger W. Hall
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Plaintiff/Counterdefendants*

Filed electronically this
7th day of March, 2006.

COPY of the foregoing hand-delivered
to the Honorable Earl H. Carroll this 7th day
of March, 2006.

COPY of the foregoing mailed this 7th
day of March, 2006, to:

Jeffrey F. Reina, Esq.
LIPSITZ, GREEN, FAHRINGER, ROLL,
  SALISBURY & CAMBRIA LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202-3857
*Co-counsel for Plaintiff/Counterdefendants*

///

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

| | |
|---|---|
| 1 | David J. Bodney, Esq. |
| | Dennis K. Blackhurst, Esq. |
| 2 | STEPTOE & JOHNSON, LLP |
| | Collier Center |
| 3 | 201 East Washington Street, Ste 1600 |
| | Phoenix, AZ 85004-2382 |
| 4 | *Attorneys for Defendants/Counterclaimants* |
| 5 | Ms. Jenna Massoli |
| | 16444 North 91st Street, Suite 100 |
| 6 | Scottsdale, Arizona 85260 |
| 7 | Mr. Jay Grdina |
| | 16444 North 91st Street, Suite 100 |
| 8 | Scottsdale, Arizona 85260 |
| 9 | Dolce Amore, Inc. |
| | c/o Mr. Jay Grdina |
| 10 | 16444 North 91st Street, Suite 100 |
| | Scottsdale, Arizona 85260 |
| 11 | |
| | Dolce Amore, Inc. |
| 12 | 15270 N. 83rd Place |
| | Scottsdale, Arizona 85260 |

/s/ Deborah Robertson

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853