| | |
|---|---|
| 1 | James L. Blair, #016125 |
| | Roger W. Hall, #013727 |
| 2 | RENAUD COOK DRURY MESAROS, PA |
| | Phelps Dodge Tower |
| 3 | One North Central, Suite 900 |
| | Phoenix, Arizona 85004-4417 |
| 4 | (602) 307-9900 |
| | jblair@rcdmlaw.com |
| 5 | rhall@rcdmlaw.com |
| | *Attorneys for Plaintiff/Counterdefendants* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | CV 05-0854 PHX EHC |
| Plaintiff, | |
| v. | **ATTORNEY'S CERTIFICATE OF COMPLIANCE WITH LRCiv 83.3(b)(2)(A)** |
| "REGAN MEDIA," JUDITH REGAN, as an individual, | |
| Defendant. | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | (*Assigned to the Honorable Earl H. Carroll*) |
| Defendants/Counterclaimants, | |
| v. | |
| JENNA MASSOLI, p/k/a JENNA JAMESON, an individual, | |
| Plaintiff/Counterdefendant, | |
| and | |
| JAY GRDINA, an individual, | |
| Third-Party Counterdefendant, | |
| and | |
| DOLCE AMORE, INC., a Colorado corporation, | |
| Counterdefendant. | |

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1)

Case 2:05-cv-00854-EHC   Document 86   Filed 03/07/2006   Page 1 of 4

Dockets.Justia.com

Pursuant to LRCiv 83.3(b)(2)(A), Rules of Practice of the United States District Court for the District of Arizona, attorney Roger W. Hall of the firm of Renaud Cook Drury Mesaros, PA ("RCDM" or the "firm") hereby certifies that on June 24, 2005, attorney Gary Crandell, Esq., of Denver, Colorado, longtime transactional counsel for plaintiff/counterdefendants Jenna Massoli p/k/a Jenna Jameson, Jay Grdina, and Dolce Amore, Inc. was notified, by an e-mail from the undersigned, of this Court's June 20 pretrial order. A copy of the pretrial order was attached to that e-mail.

On November 28, 2005, Counterdefendant Jay Grdina, husband of plaintiff Jenna Massoli and one of two sole shareholders of Dolce Amore, Inc. (along with Massoli), was notified, by e-mail from the undersigned, of the pretrial order. A copy of the pretrial order was attached to Mr. Grdina's e-mail.

On February 15, 2006, the undersigned e-mailed Mr. Grdina and attorney Crandell a copy of a letter the undersigned had received from opposing counsel. Opposing counsel advised that another motion to compel, as well as a motion for sanctions would be forthcoming unless the responses to their Request for Production of Documents was supplemented to be responsive. Again, the undersigned requested contact from Mr. Grdina.

On February 20, 2006, the undersigned e-mailed attorney Gary Crandell, Esq., of Denver, Colorado, Massoli and Grdina's longtime transactional counsel, with copies of Defendants/Counterclaimants' most recent filings in this matter, i.e., the Second Motion to Compel and Request for Sanctions, etc. On February 21, 2006, copies were sent to Mr. Grdina as well.

On March 1, 2006, attorney Jim Blair of this office sent a letter to Mr. Grdina, Ms. Jameson, and attorney Crandell, via e-mail and U.S. mail, setting forth certain requirements that would need to be complied with on or before March 3, 2006, and advising that if those requirements were not met, that the firm would be forced to withdraw from representation.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2) Case 2:05-cv-00854-EHC   Document 86   Filed 03/07/2006   Page 2 of 4

Neither Mr. Grdina, Ms. Jameson, nor Mr. Crandell responded to that letter, either by reply e-mail, or by telephone.

On March 7, 2006, Mr. Grdina and attorney Crandell were reminded, via e-mail, of the pending response deadline regarding Defendants/Counterclaimants' Second Motion to Compel and Motion for Sanctions, etc. On that same date, Mr. Grdina was also furnished with additional copies of those papers.

On March 7, 2006, the undersigned advised opposing counsel that RCDM would be withdrawing from its representation of Plaintiff/Counterdefendants and sought an extension of time for RCDM's clients to file a response to the Second Motion to Compel and Motion for Sanctions. Opposing counsel refused to grant an extension, and Mr. Grdina and attorney Crandell were advised of that fact.

Mr. Grdina has been fully apprised of all pending dates and deadlines in this matter.

RESPECTFULLY SUBMITTED this 7th day of March, 2006.

          RENAUD COOK DRURY MESAROS, PA

          By: /s/ Roger W. Hall
              James L. Blair
              Roger W. Hall
              Phelps Dodge Tower
              One North Central, Suite 900
              Phoenix, AZ 85004-4417
              *Attorneys for Plaintiff/Counterdefendants*

Filed electronically this
7th day of March, 2006.

COPY of the foregoing hand-delivered
to the Honorable Earl H. Carroll the 8th day
of March, 2006.

///

///

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

1    COPY of the foregoing mailed this 7th day
     of March, 2006, to:
2

3    Jeffrey F. Reina, Esq.
     LIPSITZ, GREEN, FAHRINGER, ROLL,
      SALISBURY & CAMBRIA LLP
4    42 Delaware Avenue, Suite 300
     Buffalo, NY 14202-3857
5    *Co-counsel for Plaintiff/Counterdefendants*

6    David J. Bodney, Esq.
     Dennis K. Blackhurst, Esq.
7    STEPTOE & JOHNSON, LLP
     Collier Center
8    201 East Washington Street, Ste 1600
     Phoenix, AZ 85004-2382
9    *Attorneys for Defendants/Counterclaimants*

10   Ms. Jenna Massoli
     16444 North 91st Street, Suite 100
11   Scottsdale, Arizona 85260

12   Mr. Jay Grdina
     16444 North 91st Street, Suite 100
13   Scottsdale, Arizona 85260

14   Dolce Amore, Inc.
     c/o Mr. Jay Grdina
15   16444 North 91st Street, Suite 100
     Scottsdale, Arizona 85260
16

     Dolce Amore, Inc.
17   15720 N. 83rd Place
     Scottsdale, Arizona 85260
18

19
     /s/ Deborah Robertson
20   _____

     @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;319559;1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;319559;1