STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, <br><br> Plaintiff, <br><br> vs. <br><br> "REGAN MEDIA," and JUDITH REGAN, an individual, <br><br> Defendants. | No. CV 05-0854 PHX EHC <br><br> **REGAN MEDIA'S RESPONSE IN OPPOSITION TO PLAINTIFF/ COUNTERDEFENDANTS' MOTION FOR EXTENSION OF TIME** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, <br><br> Defendants/Counterclaimants, <br><br> vs. <br><br> JENNA MASSOLI p/k/a JENNA JAMESON, an individual, <br><br> Plaintiff/Counterdefendant, <br><br> and <br><br> JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, <br><br> Counterdefendants. | (Assigned to the Honorable Earl H. Carroll) |

Plaintiff/Counterdefendants' request for additional time to respond to Regan Media's Second Motion to Compel and Request for Sanctions should be denied. Defendant/Counterclaimant Regan Media, Inc. ("Regan Media") served its First Request for Production of Documents on Counterdefendants Jenna Massoli p/k/a Jenna Jameson, Jay Grdina and Dolce Amore, Inc. (collectively, "Counterdefendants") on November 4, 2005, over four months ago. Counterdefendants ignored Regan Media's document requests until Regan Media filed its first Motion to Compel on January 5, 2006. In response to that motion, Counterdefendants claimed that they had been too busy to respond and promised to produce the requested documents by February 7, 2006. On February 9, after several calls from Regan Media's counsel, Counterdefendants produced only a handful of documents, ignored numerous requests and asserted improper objections to other relevant document requests. This deficient production prompted Regan Media's Second Motion to Compel and Request for Sanctions filed on February 17, 2006. As part of Regan Media's Second Motion to Compel, Regan Media was obliged to request the amendment of the Court's Rule 16 Scheduling Order to accommodate Counterdefendants' delinquent document production.

Now it appears that Counterdefendants have been ignoring not just Regan Media, but their own counsel as well. Both sets of lawyers who have entered appearances on behalf of Counterdefendants in this matter have moved to withdraw, apparently because Counterdefendants refuse to cooperate with their own counsel in the very litigation they initiated. [*See* March 7, 2006 Attorney's Certificate of Compliance with

2

LRCiv 83.3(b)(2)(A) filed by Renaud Cook Drury Mesaros, PA at 2-3; March 7, 2006 Attorney's Certificate of Compliance with LRCiv 83.3(b)(2)(A) filed by Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP at 2.]

Now, after ignoring Regan Media's document requests and their own lawyers' inquiries for months, Counterdefendants request additional time to respond to Regan Media's Second Motion to Compel. Their Motion -- filed on the very last day possible -- should be denied. Counterdefendants' refusal to fulfill their obligations in this litigation has now prompted two motions to compel, necessitated the postponement of depositions, and thrown off the Court's Scheduling Order. The fact that their attorneys have moved to withdraw verifies what Regan Media could only conjecture in the Second Motion to Compel -- that Counterdefendants made no effort to produce the materials identified in Regan Media's First Request for Production. Regan Media's Second Motion to Compel and Request for Sanctions should be granted in its entirety, and Counterdefendants should be ordered to appear and show cause why they should not be sanctioned for their misconduct.

. . .

. . .

. . .

3

Respectfully submitted this 16th day of March, 2006.

STEPTOE & JOHNSON LLP

By: /s/ David J. Bodney
David J. Bodney
Dennis K. Blackhurst
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ 85004-4417
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 16th day of March, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY 14202-3857
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson    493986