| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| | Collier Center |
| 2 | 201 East Washington Street, Suite 1600 |
| | Phoenix, Arizona 85004-2382 |
| 3 | Telephone: (602) 257-5200 |
| | Facsimile: (602) 257-5299 |
| 4 | |
| 5 | David J. Bodney (006065) |
| | Dennis K. Blackhurst (021678) |
| 6 | Attorneys for Defendants/Counterclaimants |
| | Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | No. CV 05-0854 PHX EHC |
| Plaintiff, | **RESPONSE TO APPLICATION TO WITHDRAW AS COUNSEL FILED BY RENAUD COOK DRURY MESAROS, PA** |
| vs. | |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | |
| Defendants. | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | (Assigned to the Honorable Earl H. Carroll) |
| Defendants/Counterclaimants, | |
| vs. | |
| JENNA MASSOLI p/k/a JENNA JAMESON, an individual, | |
| Plaintiff/Counterdefendant, | |
| and | |
| JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, | |
| Counterdefendants. | |

1 | Defendants/Counterclaimants Regan Media, Inc. and Judith Regan
2 | (collectively, "Defendants") do not object to the Application to Withdraw as Counsel Filed
3 | by Renaud Cook Drury Mesaros, PA.

Respectfully submitted this 16th day of March, 2006.

STEPTOE & JOHNSON LLP

By: /s/ David J. Bodney
   David J. Bodney
   Dennis K. Blackhurst
   Collier Center
   201 East Washington Street
   Suite 1600
   Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> James L. Blair
> Roger William Hall
> Renaud Cook Drury Mesaros, PA
> Phelps Dodge Tower
> One North Central, Suite 900
> Phoenix, AZ 85004-4417
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

I hereby certify that on the 16th day of March, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

> Bernard M. Brodsky
> Jeffrey F. Reina
> Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
> 42 Delaware Avenue, Suite 300
> Buffalo, NY 14202-3857
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third-Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson          494021