STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>    Defendants. | No. CV 05-0854 PHX EHC<br><br>**RESPONSE TO APPLICATION TO WITHDRAW AS COUNSEL FILED BY LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMBRIA, LLP** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>    Counterdefendants. | (Assigned to the Honorable Earl H. Carroll) |

Defendants/Counterclaimants Regan Media, Inc. and Judith Regan (collectively, "Defendants") do not object to the Application to Withdraw as Counsel filed by Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP.

Respectfully submitted this 16th day of March, 2006.

STEPTOE & JOHNSON LLP

By: /s/ David J. Bodney
  David J. Bodney
  Dennis K. Blackhurst
  Collier Center
  201 East Washington Street
  Suite 1600
  Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

>James L. Blair
>Roger William Hall
>Renaud Cook Drury Mesaros, PA
>Phelps Dodge Tower
>One North Central, Suite 900
>Phoenix, AZ 85004-4417
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

I hereby certify that on the 16th day of March, 2006, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

>Bernard M. Brodsky
>Jeffrey F. Reina
>Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
>42 Delaware Avenue, Suite 300
>Buffalo, NY 14202-3857
>*Attorneys for Plaintiff/Counterdefendant and*
>*Third-Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson    494019