David E. Rauch (#015261)
Monica A. Limón-Wynn (#019174)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for Attorneys for Plaintiff/Counterdefendant Jenna Massoli and Counterdefendants Jay Grdina and Dolce Amore, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>   Plaintiff,<br><br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>   Defendant.<br>REGAN MEDIA, INC., a New York Corporation, and JUDITH REGAN, an individual,<br><br>   Defendants/Counterclaimant,<br><br>v.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>   Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>   Counterdefendants. | No. CIV 05-0854-PHX-EHC<br><br>**NOTICE OF DEPOSITION OF JUDITH REGAN** |

YOU ARE HEREBY NOTIFIED that, pursuant to Fed.R.Civ.P. 26 and 30, the

deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

PERSON TO BE EXAMINED: Judith Regan

DATE AND TIME OF DEPOSITION: April 3, 2006 at 9:30 a.m.

PLACE OF DEPOSITION: SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202

DATED this 23rd day of March, 2006.

SNELL & WILMER L.L.P.


By /s/ *Monica A. Limón-Wynn*
David E. Rauch
Monica A. Limón-Wynn
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202
Attorneys for Plaintiff/Counterdefendant Jenna Massoli and Counterdefendants Jay Grdina and Dolce Amore, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 23rd, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
STEPTOE & JOHNSON L.L.P.
Collier Center
210 East Washington Street, Suite 1600
Phoenix, AZ 85004-2381
Attorneys for Defendants/Counterclaimants Regan Media, Inc. and Judith Regan

/s/ *Monica A. Limón-Wynn*

1810744