David E. Rauch (#015261)
Monica A. Limón-Wynn (#019174)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for Attorneys for Plaintiff/Counterdefendant Jenna Massoli and Counterdefendants Jay Grdina and Dolce Amore, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br><br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>    Defendant.<br>REGAN MEDIA, INC., a New York Corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimant,<br><br>v.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>    Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>    Counterdefendants. | No. CIV 05-0854-PHX-EHC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF JENNA MASSOLI, JAY GRDINA, AND DOLCE AMORE, INC.** |

1    Notice is hereby given that David E. Rauch and Monica A. Limón-Wynn of the
2    law firm, Snell & Wilmer L.L.P., will appear as counsel of record on behalf of Plaintiff
3    and Counterdefendant Jenna Massoli, and Counterdefendants Jay Grdina and Dolce
4    Amore, Inc. in this case.

5    DATED this 23rd day of March, 2006.

6                                SNELL & WILMER L.L.P.

9    By /s/ *Monica A. Limón-Wynn*
10   David E. Rauch
     Monica A. Limón-Wynn
     One Arizona Center
11   400 E. Van Buren Street
     Phoenix, AZ 85004-2202
12   Attorneys for Plaintiff/Counterdefendant Jenna
     Massoli and Counterdefendants Jay Grdina and Dolce
13   Amore, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 23rd, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
STEPTOE & JOHNSON L.L.P.
Collier Center
210 East Washington Street, Suite 1600
Phoenix, AZ 85004-2381
Attorneys for Defendants/Counterclaimants Regan Media, Inc. and Judith Regan

/s/ *Monica A. Limón-Wynn*

1810744