| | |
|---|---|
| David E. Rauch (#015261)<br>Monica A. Limón-Wynn (#019174)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren Street<br>Phoenix, AZ 85004-2202<br>Telephone: (602) 382-6000<br>Attorneys for Attorneys for<br>Plaintiff/Counterdefendant Jenna Massoli<br>and Counterdefendants Jay Grdina<br>and Dolce Amore, Inc. | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>          Plaintiff,<br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>          Defendant. | No. CIV 05-0854-PHX-EHC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF JENNA MASSOLI, JAY GRDINA, AND DOLCE AMORE, INC.** |
| REGAN MEDIA, INC., a New York Corporation, and JUDITH REGAN, an individual,<br><br>          Defendants/Counterclaimant,<br>v.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>          Counterdefendant,<br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>         Counterdefendants. | |

Notice is hereby given that David E. Rauch and Monica A. Limón-Wynn of the law firm, Snell & Wilmer L.L.P., will appear as counsel of record on behalf of Plaintiff and Counterdefendant Jenna Massoli, and Counterdefendants Jay Grdina and Dolce Amore, Inc. in this case.

DATED this 23rd day of March, 2006.

SNELL & WILMER L.L.P.

By /s/ *Monica A. Limón-Wynn*
David E. Rauch
Monica A. Limón-Wynn
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202
Attorneys for Plaintiff/Counterdefendant Jenna Massoli and Counterdefendants Jay Grdina and Dolce Amore, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 23rd, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
STEPTOE & JOHNSON L.L.P.
Collier Center
210 East Washington Street, Suite 1600
Phoenix, AZ 85004-2381
Attorneys for Defendants/Counterclaimants Regan Media, Inc. and Judith Regan

/s/ *Monica A. Limón-Wynn*
_____

1810745