IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br><br>vs.<br><br>REGAN MEDIA and JUDITH REGAN, an individual,<br><br>    Defendants. | No. CIV 05-0854-PHX-EHC<br><br>**ORDER** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI, p/k/a JENNA JAMESON, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual,<br><br>    Counterdefendant. | |

Pending before the Court are two Applications to Withdraw as Counsel for Plaintiff/Counterdefendant and Counterdefendants. [Dkts. 83, 85]. Subsequent to the filing of the Applications, Monica A. Limon-Wynn and David E. Rauch of Snell & Wilmer LLP

filed Notices of Appearance on behalf of Plaintiff/Counterdefendant and Counterdefendants. [Dkts. 92, 93]. Defendants/Counterclaimants do not object to the Applications. [Dkts. 89, 90]. The Applications to Withdraw will be granted.

Pending before the Court is Plaintiff/Counterdefendant and Counterdefendants' Motion for Extension of Time to file a Response to Defendants/Counterclaimants' Second Motion to Compel and Request for Sanctions. [Dkt. 87]. The Response to the Motion to Compel and Request for Sanctions was belatedly filed on March 24, 2006. [Dkt. 94]. Plaintiff/Counterdefendant and Counterdefendants request an extension of time due to the withdrawal of their former attorneys. Defendants/Counterclaimants oppose an extension. [Dkt. 88]. The Court finds good cause for an extension of time.

Accordingly,

**IT IS ORDERED** that the Applications to Withdraw [dkts. 83, 85] are **GRANTED**; Bernard M. Brodsky and Jeffrey F. Reina of Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, LLP and James Lawrence Blair and Roger William Hall of Renaud Cook Drury Mesaros, PA are withdrawn as Counsel for Plaintiff/Counterdefendant and Counterdefendants.

**IT IS FURTHER ORDERED** that Plaintiff/Counterdefendant and Counterdefendants' Motion for Extension of Time [dkt. 87] is **GRANTED**.

DATED this 4th day of April, 2006.

_____
Earl H. Carroll
United States District Judge