| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | Collier Center<br>201 East Washington Street, Suite 1600 |
| 3 | Phoenix, Arizona 85004-2382<br>Telephone: (602) 257-5200 |
| 4 | Facsimile:  (602) 257-5299 |
| 5 | David J. Bodney (006065) |
| 6 | Dennis K. Blackhurst (021678)<br>Attorneys for Defendants |
| 7 | Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON, | ) ) ) | No. CV 05-0854 PHX EHC |
| Plaintiff, | ) ) ) | **STIPULATION TO MODIFY SCHEDULING ORDER** |
| vs. | ) ) | |
| "REGAN MEDIA," and JUDITH REGAN, an individual, | ) ) ) | (Assigned to the Honorable Earl H. Carroll) |
| Defendants. | ) ) ) | |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual, | ) ) ) ) ) | |
| Defendants/Counterclaimants, | ) ) | |
| vs. | ) ) | |
| JENNA MASSOLI p/k/a JENNA MASSOLI, an individual, | ) ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| and | ) ) | |
| JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation, | ) ) ) ) | |
| Counterdefendants. | ) | |

Defendants/Counterclaimants Regan Media, Inc. ("Regan Media") and Judith Regan (collectively, "Counterclaimants") and Plaintiff/Counterdefendants Jenna Massoli p/k/a Jenna Jameson ("Jameson"), Jay Grdina ("Grdina") and Dolce Amore, Inc. ("Dolce Amore") (collectively, "Counterdefendants") stipulate and jointly move the Court to enter an order modifying the June 20, 2005 Scheduling Order. Regan Media filed a Motion to Compel on January 5, 2006 and a Second Motion to Compel and Request for Sanctions on February 17, 2006. Both of these Motions have been fully briefed and are pending before the Court. By this Stipulation, the parties do not withdraw or otherwise dispose of the issues raised in the Motions to Compel, but await the Court's ruling on the issues raised therein. Contained in the Second Motion to Compel is a request to modify the Court's June 20, 2005 Scheduling Order. In light of the current posture of the case, the parties agree and stipulate to the modification of the Scheduling Order as follows:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| All Parties' Expert Disclosure | 03/03/06 | 07/21/06 |
| All Parties' Expert Rebuttal | 03/17/06 | 08/04/06 |
| Discovery Cutoff | 04/14/06 | 08/31/06 |
| Expert Depositions | 04/21/06 | 08/31/06 |
| Motions for Summary Judgment | 05/19/06 | 09/29/06 |

RESPECTFULLY SUBMITTED this 14th day of April, 2006.

STEPTOE & JOHNSON LLP

By /s/ David J. Bodney
David J. Bodney
Dennis K. Blackhurst
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382

Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

2

| | |
|---|---|
| 1 | SNELL & WILMER, LLP |
| 2 | |
| 3 | By /s/ David E. Rauch |
| 4 | David E. Rauch<br>Monica A. Limón-Wynn |
| 5 | One Arizona Center<br>Phoenix, Arizona 85004-2202 |
| 6 | Attorneys for Plaintiff/Counterdefendant |
| 7 | Jenna Massoli p/k/a Jenna Jameson and<br>Counterdefendants Jay Grdina and |
| 8 | Dolce Amore, Inc. |

3

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

> David E. Rauch
> Monica A. Limón-Wynn
> Snell & Wilmer, LLP
> One Arizona Center
> Phoenix, Arizona 85004-2202
> *Attorneys for Plaintiff/Counterdefendant and*
> *Third Party Counterdefendant*

/s/ Beth Gibson
Beth Gibson

496377