UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA MASSOLI,<br><br>    Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>    Defendants. | No. CV 05-0854 PHX EHC<br><br>**ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER** |
| REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA MASSOLI, an individual,<br><br>    Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation<br><br>    Third-Party Defendant. | |

Upon consideration of the parties' Stipulation to Modify Scheduling Order, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is granted, and the Court's June 20, 2005 Scheduling Order is hereby modified as follows:

|  | Old Deadline | New Deadline |
| --- | --- | --- |
| All Parties' Expert Disclosure | 03/03/06 | 07/21/06 |
| All Parties' Expert Rebuttal | 03/17/06 | 08/04/06 |
| Discovery Cutoff | 04/14/06 | 08/31/06 |
| Expert Depositions | 04/21/06 | 08/31/06 |
| Motions for Summary Judgment | 05/19/06 | 09/29/06 |
| Pretrial Conference | 08/07/06 | 02/05/07 at 9:30 a.m. |
| Bench Trial | 08/15/06 | 02/13/07 at 9:00 a.m. |

Dated this 17th day of April, 2006.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge