STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>Defendants.<br><br>REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>Counterdefendants. | No. CV 05-0854 PHX EHC<br><br>**SECOND AMENDED NOTICE OF DEPOSITION OF JENNA MASSOLI P/K/A JENNA JAMESON**<br><br>(Assigned to the Honorable Earl H. Carroll) |

| | |
|---|---|
| 1 | YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, the |
| 2 | deposition will be taken upon oral examination of the person whose name and address is |
| 3 | stated below at the time and place stated below before an officer authorized by law to |
| 4 | administer oaths. |

PERSON TO BE EXAMINED: Jenna Massoli p/k/a Jenna Jameson
c/o David Rauch and Monica Limon-Wynn
SNELL & WILMER LLP
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

DATE AND TIME OF DEPOSITION: June 15, 2006 at 9:00 a.m.

PLACE OF DEPOSITION: STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382

DATED this 4th day of May, 2006.

STEPTOE & JOHNSON LLP

By /s/ Dennis K. Blackhurst
David J. Bodney
Dennis K. Blackhurst
Collier Center
201 East Washington Street
Suite 1600
Phoenix, Arizona 85004-2382

Attorneys for Defendants/
Counterclaimants Regan Media, Inc. and
Judith Regan

2

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

>David E. Rauch
>Monica A. Limón-Wynn
>Snell & Wilmer, LLP
>One Arizona Center
>Phoenix, Arizona 85004-2202
>
>*Attorneys for Plaintiff/Counterdefendant and Third Party Counterdefendant*

s/Sheri Patrick

498039