STEPTOE & JOHNSON LLP
Collier Center
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
Attorneys for Defendants/Counterclaimants
Regan Media, Inc. and Judith Regan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>Plaintiff,<br><br>vs.<br><br>"REGAN MEDIA," and JUDITH REGAN, an individual,<br><br>Defendants.<br><br>———<br><br>REGAN MEDIA, INC., a New York corporation, and JUDITH REGAN, an individual,<br><br>Defendants/Counterclaimants,<br><br>vs.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>Counterdefendants. | No. CV 05-0854 PHX EHC<br><br>**SECOND AMENDED NOTICE OF DEPOSITION OF JAY GRDINA**<br><br>(Assigned to the Honorable Earl H. Carroll) |

1    YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, the
2  deposition will be taken upon oral examination of the person whose name and address is
3  stated below at the time and place stated below before an officer authorized by law to
4  administer oaths.

PERSON TO BE EXAMINED:   Jay Grdina
                         c/o David Rauch and Monica Limon-Wynn
                         SNELL & WILMER LLP
                         One Arizona Center
                         400 East Van Buren
                         Phoenix, Arizona 85004-2202

DATE AND TIME OF DEPOSITION:   June 16, 2006 at 1:00 p.m.

PLACE OF DEPOSITION:     STEPTOE & JOHNSON LLP
                         Collier Center
                         201 East Washington Street, Suite 1600
                         Phoenix, Arizona 85004-2382

DATED this 4th day of May, 2006.

                         STEPTOE & JOHNSON LLP

                         By /s/ Dennis K. Blackhurst
                             David J. Bodney
                             Dennis K. Blackhurst
                             Collier Center
                             201 East Washington Street
                             Suite 1600
                             Phoenix, Arizona 85004-2382

                         Attorneys for Defendants/
                         Counterclaimants Regan Media, Inc. and
                         Judith Regan

2

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2006, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the following CM/ECF Registrants:

David E. Rauch
Monica A. Limón-Wynn
Snell & Wilmer, LLP
One Arizona Center
Phoenix, Arizona 85004-2202

*Attorneys for Plaintiff/Counterdefendant and Third Party Counterdefendant*

s/Sheri Patrick

498041