| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | David E. Rauch (#015261)<br>Monica A. Limón-Wynn (#019174)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren Street<br>Phoenix, AZ 85004-2202<br>Telephone: (602) 382-6000<br>Attorneys for Attorneys for<br>Plaintiff/Counterdefendant Jenna Massoli<br>and Third-Party Counterdefendant |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br>                Plaintiff,<br>v.<br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br>                Defendant.<br>REGAN MEDIA, INC., a New York Corporation, and JUDITH REGAN, an individual,<br>                Defendants/Counterclaimant,<br>v.<br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br>                Counterdefendant,<br>and<br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br>                Counterdefendants. | No. CIV 05-0854-PHX-EHC<br><br>**NOTICE OF SETTLEMENT** |

| | |
|---|---|
| 1 | Notice is hereby given to the Court that the parties have reached a settlement in this |
| 2 | matter to dismiss all claims in this action.  Upon completion of the appropriate settlement |
| 3 | documents, the parties will submit a Stipulation for Dismissal with Prejudice. |
| 4 | RESPECTFULLY SUBMITTED this 31st day of May, 2006. |
| 5 | SNELL & WILMER L.L.P. |

By s/ Monica A. Limón-Wynn
David E. Rauch
Monica A. Limón-Wynn
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ  85004-2202
Attorneys for Plaintiff/Counterdefendant Jenna Massoli and Third-Party Counterdefendant Jay Grdina

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

David J. Bodney (006065)
Dennis K. Blackhurst (021678)
STEPTOE & JOHNSON L.L.P.
Collier Center
210 East Washington Street, Suite 1600
Phoenix, AZ 85004-2381
Attorneys for Defendants/Counterclaimants Regan Media, Inc.
and Judith Regan

s/ Linda I. Patenaude
1840655