| | |
|---|---|
| 1 | David E. Rauch (#015261) |
| 2 | Monica A. Limón-Wynn (#019174)<br>Snell & Wilmer L.L.P. |
| 3 | One Arizona Center<br>400 E. Van Buren Street |
| 4 | Phoenix, AZ 85004-2202<br>Telephone: (602) 382-6000 |
| 5 | Attorneys for Jenna Massoli,<br>  Jay Grdina, and Dolce Amore Inc. |
| 6 | |
| 7 | David J. Bodney (#006065)<br>Dennis K. Blackhurst (#021678) |
| 8 | STEPTOE & JOHNSON LLP<br>Collier Center |
| 9 | 201 E. Washington Street, Suite 1600<br>Phoenix, AZ 85004-2382 |
| 10 | (602) 257-5200<br>Attorneys for Regan Media, Inc. and Judith Regan |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>                Plaintiff,<br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>                Defendants. | No. CIV 05-0854-PHX-EHC<br><br>**STIPULATION TO DISMISS** |
| REGAN MEDIA, INC., a New York Corporation, and JUDITH REGAN, an individual,<br><br>                Defendants/Counterclaimants,<br>v.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>                Counterdefendant,<br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>                Counterdefendants. | |

The parties, Jenna Massoli p/k/a Jenna Jameson, Jay Grdina, Dolce Amore, Inc., Regan Media, Inc., and Judith Regan, through counsel, hereby stipulate, agree, and request that the Court dismiss this action in its entirety and all claims asserted therein with prejudice, with each party to bear his, her, or its own attorneys' fees and costs. A proposed form of Order is attached hereto.

RESPECTFULLY SUBMITTED this 26th day of July 2006.

SNELL & WILMER L.L.P.

By  s/ Monica A. Limón-Wynn
    David E. Rauch
    Monica A. Limón-Wynn
    One Arizona Center
    400 E. Van Buren Street
    Phoenix, AZ 85004-2202
    Attorneys for Jenna Massoli, Jay Grdina, and
    Dolce Amore, Inc.

STEPTOE & JOHNSON LLP

By  s/ Dennis K. Blackhurst
    David J. Bodney
    Dennis K. Blackhurst
    Collier Center
    201 E. Washington Street, Suite 1600
    Phoenix, AZ 85004-2382
    Attorney for Regan Media, Inc. and Judith Regan

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2006, I electronically transmitted the foregoing STIPULATION TO DISMISS to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

David J. Bodney
Dennis K. Blackhurst
STEPTOE & JOHNSON L.L.P.
Collier Center
210 East Washington Street, Suite 1600
Phoenix, AZ 85004-2381
Attorneys for Regan Media, Inc. and Judith Regan

s/ Monica A. Limón-Wynn
1859093