IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNA MASSOLI p/k/a JENNA JAMESON,<br><br>    Plaintiff,<br>v.<br><br>"REGAN MEDIA," JUDITH REGAN, as an individual,<br><br>    Defendant.<br><br>REGAN MEDIA, INC., a New York Corporation, and JUDITH REGAN, an individual,<br><br>    Defendants/Counterclaimant,<br>v.<br><br>JENNA MASSOLI p/k/a JENNA JAMESON, an individual,<br><br>    Counterdefendant,<br><br>and<br><br>JAY GRDINA, an individual, and DOLCE AMORE, INC., a Colorado corporation,<br><br>    Counterdefendants. | No. CIV 05-0854-PHX-EHC<br><br>**ORDER RE STIPULATION TO DISMISS** |

Upon consideration of the parties' Stipulation to Dismiss, and good cause appearing,

1     IT IS HEREBY ORDERED that this action is dismissed in its entirety and all
2 claims asserted therein with prejudice, with each party to bear his, her, or its own
3 attorneys' fees and costs.
4     Dated this 26th day of July, 2006.

*Earl H. Carroll* (signature)

Earl H. Carroll
United States District Judge